IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY BRANTLEY, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case No. 1:01cv378-SJD |
| v. : | |
| : | District Judge Susan J. Dlott |
| CINERGY CORPORATION : | |
| : | |
| Defendant(s) : | |

**O R D E R**

The pending motions in the above-captioned case are hereby DISMISSED WITHOUT PREJUDICE TO RESUBMISSION in the event that settlement is not consumated.

IT IS SO ORDERED.

                                            ___s/Susan J. Dlott_
                                            Susan J. Dlott
                                            United States District Judge