IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 FEB -5 PM 1:27

| | | |
|---|---|---|
| BILL BRANTLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. C-1-01-378 |
| | ) | |
| vs. | ) | |
| | ) | |
| CINERGY CORP., | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE AND NEW CONTACT INFORMATION**

Plaintiffs' Counsel, David W. Sanford, has left the law firm of Wiggins, Childs, Quinn & Pantazis, P.C. He will remain as Counsel in this matter. His new firm is Sanford, Wittels & Heisler, LLP. The contact information for that firm is as follows:

> David W. Sanford
> Sanford, Wittels & Heisler, LLP
> 2121 K. Street, N.W., Suite 700
> Washington, D.C. 20037
> Telephone: (202) 942-9124
> Facsimile: (202) 628-8189
> Mobile: (202) 276-4028
> Email: dsanford@davidsanford.com

Respectfully submitted this 29th day of January, 2004.

_____
DAVID W. SANFORD
SANFORD, WITTELS & HEISLER, L.L.P.
2121 K. STREET, N.W., SUITE 700
WASHINGTON, D.C. 20037
Telephone: (202) 942-9124
Facsimile: (202) 628-8189

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the foregoing Notice of Appearance and New Contact Information upon all counsel of record by causing a copy of same to be deposited in the United States Mail in a prepaid envelope, correctly addressed as follows:

Jill T. O'Shea
Associate General Counsel
Cinergy Services, Inc.
139 East 4th Street, Rm 25 AT II
Cincinnati, OH 45201-0960

Paul H. Tobias
David D. Kammer
Tobias, Kraus & Torchia, L.L.P.
414 Walnut Street, Ste. 911
Cincinnati, OH 45202

Grant Morris
Law Offices of Grant Morris
7 Dupont Circle, N.W., Ste. 250
Washington, D.C. 20036

Eric Bachman
Wiggins, Childs, Quinn & Pantazis, P.C.
7 Dupont Circle, N.W., Ste. 200
Washington, D.C. 20036

This is the 29th day of January, 2004.

David W. Sanford