AH ~~FILED~~
~~JAMES~~ ~~CLERK~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 APR -9 PM 2:28

| | |
|---|---|
| BILLY BRANTLEY, TODD TOLBERT, RODNEY V. JONES, AND ANTHONY MARTIN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| CINERGY CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |

CASE NO.: 01-CV-378
JUDGE SUSAN J. DLOTT

MOTION TO ADMIT    *(proposed*
ANN K. WIGGINS, ESQ.  *order*
PRO HAC VICE    *attached)*

To the Clerk of the Court and all parties of record:

Pursuant to Local Rule 83.5(d), Paul H. Tobias, Esq., trial attorney for Plaintiffs,

respectfully moves the Court to admit *pro hac vice Ann K. Wiggins* member of the bar of

the State of Alabama to appear as co-counsel for Plaintiffs in this case. Pursuant to Local

Rule 83.5(d), a certificate of good standing for Ms. Wiggins from the State of Alabama is

enclosed. A check for $50.00, payable to the Clerk of the Courts, is tendered with this

Motion. Also attached is a proposed order.

Respectfully submitted,

Paul H. Tobias – 0032415
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 APR -9 PM 2: 29

| | |
|---|---|
| BILLY BRANTLEY, TODD TOLBERT, RODNEY V. JONES, AND ANTHONY MARTIN, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| CINERGY CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

CASE NO.: 01-CV-378
JUDGE SUSAN J. DLOTT

MOTION TO ADMIT *(proposed order attached)*
SUSAN DONAHUE, ESQ.
<u>PRO HAC VICE</u>

To the Clerk of the Court and all parties of record:

Pursuant to Local Rule 83.5(d), Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the Court to admit *pro hac vice Susan Donahue* member of the bar of the State of Alabama to appear as co-counsel for Plaintiffs in this case. Pursuant to Local Rule 83.5(d), a certificate of good standing for Ms. Donahue from the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Courts, is tendered with this Motion. Also attached is a proposed order.

Respectfully submitted,

Paul H. Tobias -- 0032415
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 APR -9  PM 2:30

| | | |
|---|---|---|
| BILLY BRANTLEY, TODD TOLBERT, RODNEY V. JONES, AND ANTHONY MARTIN, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | CASE NO.: 01-CV-378 JUDGE SUSAN J. DLOTT |
| vs. | ) ) ) | MOTION TO ADMIT ROBERT F. CHILDS ESQ. |
| CINERGY CORPORATION, | ) ) ) | PRO HAC VICE |
| Defendant. | ) ) | |

*( proposed order attached )*

To the Clerk of the Court and all parties of record:

Pursuant to Local Rule 83.5(d), Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the Court to admit *pro hac vice Robert F. Childs, Jr.*, member of the bar of the State of Alabama to appear as co-counsel for Plaintiffs in this case. Pursuant to Local Rule 83.5(d), a certificate of good standing for Mr. Childs from the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Courts, is tendered with this Motion. Also attached is a proposed order.

Respectfully submitted,

Paul H. Tobias – 0032415
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff

AH  FILED
JAMES BONINI
CLERK

04 APR -9  PM 2: 30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, TODD TOLBERT, RODNEY V. JONES, AND ANTHONY MARTIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.: 01-CV-378 JUDGE SUSAN J. DLOTT |
| vs. | ) ) ) | MOTION TO ADMIT |
| CINERGY CORPORATION, | ) ) ) | ROBERT L. WIGGINS, ESQ. PRO HAC VICE |
| Defendant. | ) ) | |

*(proposed order attached)*

To the Clerk of the Court and all parties of record:

Pursuant to Local Rule 83.5(d), Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the Court to admit *pro hac vice Robert L. Wiggins, Jr.*, member of the bar of the State of Alabama to appear as co-counsel for Plaintiffs in this case. Pursuant to Local Rule 83.5(d), a certificate of good standing for Mr. Wiggins from the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Courts, is tendered with this Motion. Also attached is a proposed order.

Respectfully submitted,

Paul H. Tobias – 0032415
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served via United States Mail, first class postage prepaid, to:

Jill Thompson O'Shea, Esq.
Atrium II
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201

This the _____ day of April, 2004.

_____
Paul H. Tobias – 0032415