**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

### CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **ANN K. WIGGINS** was duly admitted to practice in said Court on **October 24, 1986**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on April 2, 2004.

PERRY D. MATHIS, CLERK

By: *Harriet B Bagby*
Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

### CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **SUSAN DONAHUE** was duly admitted to practice in said Court on **October 22, 2003,** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on April 2, 2004.

PERRY D. MATHIS, CLERK

By: _Harriet B Bagby_
Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **ROBERT F. CHILDS, JR.** was duly admitted to practice in said Court on **November 8, 1972,** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on April 2, 2004.

PERRY D. MATHIS, CLERK

By: _Harriet B Bagby_
Deputy Clerk

## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

### CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **ROBERT L. WIGGINS, JR** was duly admitted to practice in said Court on **July 11, 1975,** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on April 2, 2004.

PERRY D. MATHIS, CLERK

By: _Harriet B Bagby_
Deputy Clerk