Fri Apr  9 14:43:10 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 422508
Cashier        kjl

Tender Type  CHECK

Check Number: 27056

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DD Code   Div No    Acct
 4661       1      6855XX

Amount          $    200.00

TOBIAS KRAUS & TORCHIA

PRO HAC VICE C-1-01-378


Fri Apr  9 14:43:10 2004

Check No. 27056
Amount$    200.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661