# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that ____Robert L. Wiggins, Jr.____ was duly and legally admitted to practice law by the Supreme Court of Alabama on ____April 11, 1975____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on ____May 5, 2004____ with the seal of the Supreme Court of Alabama attached.



*Robert G. Esdale, Clerk*
*Supreme Court of Alabama*

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that ___Robert F. Childs, Jr.___ was duly and legally admitted to practice law by the Supreme Court of Alabama on ___September 26, 1972___ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on ___May 5, 2004___ with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that _____Susan Gale Donahue_____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____September 26, 2003_____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____May 5, 2004_____ with the seal of the Supreme Court of Alabama attached.



*Robert G. Esdale, Clerk*
*Supreme Court of Alabama*

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that _Ann Allison Norton_ was duly and legally admitted to practice law by the Supreme Court of Alabama on _September 29, 1986_ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _May 5, 2004_ with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama

STATE OF ALABAMA)
JEFFERSON COUNTY)

### AFFIDAVIT OF ANN K. WIGGINS

Comes now the Affiant, Ann K. Wiggins, and after being duly sworn, states the following:

On September 24, 1994, I was married to Robert L. Wiggins, Jr., which changed my name from Ann Allison Norton to Ann K. Wiggins.

Ann K. Wiggins

SWORN TO and SUBSCRIBED TO me this the ____ day of May, 2004.

NOTARY PUBLIC
My Commission Expires

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 12, 2004
BONDED THRU NOTARY PUBLIC UNDERWRITERS