UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 MAY 17 PM 3: 22

BILLY BRANTLEY, TODD TOLBERT, )
RODNEY V. JONES, AND ANTHONY )
MARTIN, )
  )
       Plaintiffs, )
  )
    vs. )
  )
  )
  )
CINERGY CORPORATION, )
  )
       Defendant. )
  )
_____ )

CASE NO.: 01-CV-378
JUDGE SUSAN J. DLOTT

MOTION TO ADMIT
BARRY VAUGHN FREDERICK,
ESQ., PRO HAC VICE

To the Clerk of the Court and all parties of record:

Pursuant to Local Rule 83.5(d), Paul H. Tobias, Esq., trial attorney for Plaintiffs,

respectfully moves the Court to admit *pro hac vice Barry Vaughn Frederick* member of

the bar of the State of Alabama to appear as co-counsel for Plaintiffs in this case.

Pursuant to Local Rule 83.5(d), a certificate of good standing for Mr. Frederick from the

State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Courts, is

tendered with this Motion. Also attached is a proposed order.

Respectfully submitted,

Paul H. Tobias – 0032415
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served via United States Mail, first class postage prepaid, to:

Jill Thompson O'Shea, Esq.
Atrium II
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201

Gregory V. Mersol
Baker & Hostetler, LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485

This the ___17___ day of May, 2004.

Paul H. Tobias – 0032415