# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that ____Barry Vaughn Frederick____ was duly and legally admitted to practice law by the Supreme Court of Alabama on ____September 28, 1982____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on ____May 5, 2004____ with the seal of the Supreme Court of Alabama attached.



*Robert G. Esdale, Clerk*
*Supreme Court of Alabama*