Mon May 17 15:04:32 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 422882
Cashier       kjl

Tender Type  CHECK

Check Number: 27127

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code   Div No      Acct
 4661       1        6855XX

Amount              $   100.00

TOBIAS KRAUS & TORCHIA

PRO HAC VICE C-1-02-586 & C-1-01-378


Mon May 17 15:04:32 2004

Check No. 27127
Amount$   100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661