IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY BRANTLEY, et al,

    vs.                                      Case Number: 1:01cv378-SJD

CINERGY CORPORATION,

ORDER

This matter is before the Court upon plaintiffs' Motion for Admission of attorneys Ann K. Wiggins, Susan Donahue, Robert F. Chilfds, Jr., and Robert L. Wiggins, Jr. (Doc. 53).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorneys Ann K. Wiggins, Susan Donahue, Robert F. Chilfds, Jr., and Robert L. Wiggins, Jr. are hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                                        s/Susan J. Dlott
                                                        Susan J. Dlott
                                                       United States District Judge