IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | Case No.    C-1-01-378 |
| Plaintiffs, | : | Judge Dlott |
| vs. | : | |
| CINERGY CORP. | : | |
| Defendant. | : | NOTICE OF ADDITIONAL COUNSEL |

Comes now Gregory V. Mersol of the law firm of Baker & Hostetler LLP, 3200 National City Center, 1900 East 9th Street, Cleveland, Ohio 44114-3485 and hereby enters his appearance as co-counsel of record on behalf of Defendant, Cinergy Corporation whose correct corporate denomination is Cinergy Corp., in the within action.

It is hereby requested that the records of the clerk of courts be amended accordingly and that all future pleadings, notices and correspondence also be transmitted to the attention of Greg Mersol of the law firm of Baker & Hostetler, 3200 National City Center, 1900 East 9th Street, Cleveland, Ohio 44114-3485 on behalf of Defendant, Cinergy Corporation whose correct corporate denomination is Cinergy Corp.

Respectfully submitted,

/s/Jill T. O'Shea
Jill T. O'Shea (0034692)
Attorney for Defendant, Cinergy Corp.
139 East Fourth Street – 25 AT II
P.O. Box 960
Cincinnati, Ohio 45201-0960
(513) 287-2062

97716

/s/ Gregory V. Mersol
Gregory V. Mersol (0030838)
Attorney for Defendant
BAKER & HOSTETLER, LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
PHONE: (216) 621-0200

97716

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served by ordinary U. S. mail by ordinary U.S. mail this 27th day of May, 2004 to the following:

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA, LLP
414 Walnut Street
Suite 911
Cincinnati, OH  45202

David W. Sanford, Esq.
Sanford, Wittels & Heisler, LLP
2120 K Street NW
Suite 700
Washington, D.C.  20037

Robert L. Wiggins
Ann K. Wiggins
Susan Donahue
Robert F. Child
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203

Grant E. Morris
Law Offices of Grant E. Morris
7 DuPont Circle, N.W.
Suite 250
Washington, D.C.  20036

_____
Jill T. O'Shea

97716