IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY BRANTLEY, et al,

    vs.                                                Case Number: 1:01cv378-SJD

CINERGY CORPORATION,

ORDER

This matter is before the Court upon plaintiff's Motion for Admission of attorney Barry Vaughn Frederick (Doc. 56).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Barry Vaughn Frederick is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                                                 s/Susan J. Dlott
                                                                 Susan J. Dlott
                                                                 United States District Judge