UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 JUN -3 PM 3:48

| | |
|---|---|
| BILLY BRANTLEY, TODD TOLBERT, RODNEY V. JONES, AND ANTHONY MARTIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CINERGY CORPORATION,<br><br>Defendant. | CASE NO.: 01-CV-378<br>JUDGE SUSAN J. DLOTT<br><br>MOTION TO ADMIT HERMAN NATHANIEL JOHNSON, JR. ESQ., PRO HAC VICE |

To the Clerk of the Court and all parties of record:

Pursuant to Local Rule 83.5(d), Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the Court to admit *pro hac vice Herman Nathaniel Johnson, Jr.*, member of the bar of the State of Alabama to appear as co-counsel for Plaintiffs in this case. Pursuant to Local Rule 83.5(d), a certificate of good standing for Mr. Johnson from the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Courts, is tendered with this Motion. Also attached is a proposed order.

Respectfully submitted,

*[signature]*

Paul H. Tobias – 0032415
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served via United States Mail, first class postage prepaid, to:

Jill Thompson O'Shea, Esq.
Atrium II
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201

Gregory V. Mersol
Baker & Hostetler, LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485

This the 3d day of June, 2004.

Paul H. Tobias – 0032415