# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that _Herman Nathaniel Johnson, Jr._ was duly and legally admitted to practice law by the Supreme Court of Alabama on _April 30, 2004_ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _May 18, 2004_ with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama