Thu Jun  3 15:30:13 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 423057
Cashier        kj1

Tender Type  CHECK

Check Number: 27147

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No     Acct
 4661        1        6855XX

Amount            $   100.00

TOBIAS KRAUS & TORCHIA

PRO HAC VICE C-1-01-378/C-1-02-586

Thu Jun  3 15:30:13 2004

Check No. 27147
Amount $  100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661