AO 456s (Rev. 8/01)  Notice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY BRANTLEY, et al,

                V.

CINERGY CORPORATION,

Case Number:  1:01cv378-SJD

District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that STATUS CONFERENCE in this case has been RESET for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
|  | DATE AND TIME |
|  | JUNE 29, 2004 at 2:00 P.M. |

JAMES BONINI, CLERK

    ___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.