IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY BRANTLEY, et al,

    vs.                                          Case Number: 1:01cv378-SJD

CINERGY CORPORATION,

ORDER

This matter is before the Court upon plaintiffs' Motion for Admission of attorney Herman Nathaniel Johnson, Jr. (Doc. 67).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Herman Nathaniel Johnson, Jr. is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                                                s/Susan J. Dlott
                                                                Susan J. Dlott
                                                                United States District Judge