IN THE UNITED STATES DISTRICT COURT
SOUTHWESTERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | CASE NO.  C-1-01-378 |
| Plaintiffs, | : | Judge Susan J. Dlott |
| vs. | : | |
| CINERGY CORP. | : | NOTICE OF FILING OF |
| | : | <u>AFFIDAVITS</u> |
| Defendant. | : | |

Comes now the defendant, Cinergy Corp., and hereby gives Notice of Filing of the Affidavits detailed below in the above-captioned matter.

1. Affidavit of Jim O'Connor

2. Affidavit of David C. Ward

3. Affidavit of Scott Murrison

4. Supplemental Affidavit of Bernadette Reinhard

5. Supplemental Affidavit of Jay Alvaro, Esq. RE EEOC Charges.

6. Supplemental Affidavit of Ken Toebbe

7. Affidavit of Robert C. Feucht

111992

Respectfully submitted,

/s/ Jill T. O'Shea
Jill T. O'Shea (0034692)
Attorney for Defendant,
Cinergy Corp.
139 East Fourth Street – 25 AT II
P.O. Box 960
Cincinnati, Ohio 45201-0960
(513) 287-2062


/s/ Gregory V. Mersol
Gregory V. Mersol (0030838)
John B. Lewis (0013156)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH  44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740


*Attorneys for Defendant*
*Cinergy Corp.*


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was forwarded via ordinary mail this 28th day of July, 2004 to:

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA, LLP
414 Walnut Street
Suite 911
Cincinnati, OH  45202

David W. Sanford, Esq.
Sanford, Wittels & Heisler, LLP
2120 K Street NW
Suite 700
Washington, D.C.  20037

110878                              2

Barry Vaughn Frederick
Herman Nathaniel Johnson, Jr.
Robert L. Wiggins
Ann K. Wiggins
Susan Donahue
Robert F. Childs
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203

Grant E. Morris
Law Offices of Grant E. Morris
7 DuPont Circle, N.W.
Suite 250
Washington, D.C.  20036

                                            /s/ Jill T. O'Shea_____
                                            Jill T. O'Shea