## WORKPLACE HARASSMENT

**Cinergy will maintain a professional, business-oriented workplace. Cinergy expects that all of its employees treat with respect customers and co-workers and all other persons you meet in the course of business.**

**Harassment.** Harassment may include inappropriate conduct that is based on gender, race, color, religion, age, disability, medical condition, pregnancy or sexual orientation or ethnic, national or Appalachian origin, or veteran, citizenship, marital or family status or similar reasons that interfere with an employee's work performance. Harassment can include intimidating, hostile, or offensive conduct such as unwelcome comments, taunts, slurs, jokes, threats, insults, cartoons or graffiti directed at employees or other persons you meet in the course of business. In many cases, harassment is illegal. If harassment occurs, the Company and the harassing employee may be financially responsible. The offender also will be subject to appropriate disciplinary action including discharge.

**Sexual Harassment.** Harassment based on sex or gender can include:

♦ Unwelcome sexual advances or requests for sexual favors
♦ Sexually suggestive comments or jokes of a sexual nature or derogatory comments about gender
♦ Sexually oriented kidding or teasing
♦ Circulation or display of sexually suggestive objects, calendars, cartoons, pictures or computer material
♦ Graphic or degrading comments about an individual's appearance
♦ Patting, hugging, pinching or brushing against another person's body
♦ Whistling, cat calls, offensive gestures or leering.

**Required Action.** To prevent or promptly address harassing behavior:

♦ This policy will be reviewed at new employee orientation.
♦ This policy will remain posted on all Company bulletin boards designated for government postings.
♦ This policy will be discussed at appropriate staff meetings, training sessions, etc.
♦ Supervisory employees will be informed of the potential for liability, both for the company and for themselves, if they commit, have knowledge of, or fail to take reasonable measures to prevent or correct harassment in the workplace.
♦ Anyone who observes or experiences harassing behavior must immediately report the harassment in accordance with this policy.

**Reporting Harassment.** If you feel at any time that you are being harassed in any manner or that you have witnessed the harassment of an employee or customer, you must immediately notify your supervisor or department head. If you would feel more comfortable talking to someone outside of your department or work location, you may call **Rose Abi Radi at (513) 287-2662** in Compliance Services or the **Employee Hotline at (800) 354-2714**. Supervisors must report any complaints to Compliance Services.

To the extent the investigation permits, Cinergy will preserve the identity and confidentiality of any employees who report harassment or cooperate with an investigation. Employees who report harassment or cooperate in an investigation of a harassment complaint are protected against any form of retaliation and should also report any retaliation or threats. All complaints will be investigated promptly and impartially.

CONFIDENTIAL
CIN000853

January 2001



Exhibit _"
Page 2 of 2

The Company would like to reiterate the importance of its Workplace Harassment policy and the Company's commitment to equal employment opportunity.  You can find the relevant Company policies and procedures at http://web.cinergy.com/complianceservices

Discrimination and harassment are not tolerated.  If you feel that you are being harassed or that you have witnessed the harassment of an employee or customer, you must immediately notify your supervisor or department head.  If you would feel more comfortable talking to someone outside of your department or work location, you may call Rose Abi Radi at **(513) 287-2662** in Compliance Services or the Employee Hotline at **(800) 354-2714.**

94268.1

CONFIDENTIAL
CIN000854



# Class Attendance Sheet

Class Name: **JOURNEY TOWARD INCLUSION**

Start Date: **03/08/2000**

Locator # **0000054932**

Instructor: **D. RADCLIFFE & G. STOLL**

Location: **421 CLOPAY** , 4TH & MAIN

| Name | Employee # |
|------|-----------|
| ARTIS, KEVIN D | 17523 |
| BRANTLEY, BILLY | 17905 |
| BROOKS, MICHAEL | 17965 |
| BULLOCK JR, ELMER V | 18040 |
| COUGHMAN, FRED D | 18383 |
| DAHL, BARRY C | 17857 |
| DENAPOLI, JOANN | 19501 |
| FOUNTAIN, WILL H | 25410 |
| GRECO, STEVEN D | 29575 |
| HOPPER, DONALD L | 39158 |
| ISON, JOEY | 41357 |
| KEENEY, CELESTE M | 43600 |

10/16/02                Please return to Terri Anacker, WP672.  Thank you.

CONFIDENTIAL
CIN046738

## Class Attendance Sheet

| | |
|---|---|
| LUX, DAVID L | 51036 |
| MCCOY, MICHAEL | 53903 |
| MONTGOMERY, RICHARD L | 58170 |
| MORAN, ANTHONY D | 58469 |
| NASH, TONY G | 59930 |
| PORTER, DOUGLAS A | 64689 |
| POTEET, GREGORY R | 64882 |
| REKART, PAUL E | 94424 |
| RENTSCHLER, RICHARD A | 66814 |
| STEELE, KENNETH R | 95057 |
| WATSON, GOLDEN M | 87935 |
| ZEEK, DIANNE M | 93583 |

**Number of Participants    24**

Instructor Signature:_____     Date:_____

CONFIDENTIAL
CIN046739

# *Working Environment Policy Manual*

# Equal Employment Opportunity

Cinergy's people are a key source of our competitive edge. The Company strongly supports and recognizes its responsibility to provide equal employment opportunities to all qualified individuals. The Company places a high value on diversity and strongly believes that all people are unique and valuable and should be respected for their individual abilities.

Cinergy is an equal opportunity employer and will not discriminate against anyone on the basis of race, gender, age, color, religion, disability status, veteran status, sexual orientation, marital status, or ethnic, national, or Appalachian regional origin.

The policy applies to all personnel relationships, including:

• Promotions;

• Transfers;

• Training;

• Job assignments;

• Job stations;

• Hours of work;

• Rates of pay;

• Working conditions;

• Termination; and

• All other terms and conditions of employment.

The company will take affirmative action to employ qualified disabled veterans, veterans of the Vietnam era, disabled persons, minorities, and women.

*15*

CONFIDENTIAL
CIN000204


# *Working Environment*
# *Policy Manual*

Cinergy believes that equal employment opportunity is a moral responsibility, not merely a legal requirement. Cinergy strongly supports equal employment opportunity as part of our corporate belief in human dignity and the private enterprise system. All officers and employees are expected to adhere to the laws, regulations and Company policies relating to equal opportunity, affirmative action and non-discrimination. Each Cinergy employee is required to accept personal responsibility for ensuring continued success of the company's equal opportunity commitments.

*To report violations of the Equal Employment Opportunity policy, you must immediately notify your supervisor or department head. If you would feel more comfortable talking to someone outside of your department or work location, you may call Compliance Services at 1-513-287-2662 or the Employee Hotline at 1-800-354-2714. Supervisors must report any complaints to Compliance Services.*

To the extent the investigation permits, Cinergy will preserve the identity and confidentiality of any employees who report violations of the Equal Employment Opportunity policy or cooperate with an investigation. Employees who report violations of the Equal Employment Opportunity policy or cooperate in an investigation of a complaint are protected against any form of retaliation and should also report any retaliation or threats. All complaints will be investigated impartially.

CONFIDENTIAL
CIN000205

# *Working Environment Policy Manual*

# Harassment-Free Workplace

Cinergy will maintain a professional, business-oriented workplace. Cinergy requires that all of its employees treat with respect customers and coworkers and all other persons encountered in the course of business.

## DEFINING HARASSMENT

Harassment may include conduct that:

- Is based on gender, race, color, religion, age, disability, medical condition, pregnancy or sexual orientation or ethnic, national, or Appalachian origin, or veteran, citizenship, marital or family status, or any other reason; and

- Interferes with an employee's work performance or creates an intimidating, hostile, or offensive working environment.

Harassment of any type can include unwelcome or offensive comments, taunts, slurs, jokes, threats, insults, cartoons, or graffiti directed at employees or other persons encountered in the course of business. In many cases, harassment is illegal. If harassment occurs, the company and the harassing employee may be financially responsible. The offender also will be subject to appropriate disciplinary action, including discharge.

## DEFINING SEXUAL HARASSMENT

Harassment based on sex or gender can include:

- Unwelcome sexual advances or requests for sexual favors;

- Sexually suggestive comments or jokes of a sexual nature or derogatory comments about gender;

- Sexually oriented kidding or teasing;

CONFIDENTIAL
CIN000206

# *Working Environment*
# *Policy Manual*

- Circulation or display of sexually suggestive objects, calendars, cartoons, pictures, or computer material;

- Graphic or degrading comments about an individual's appearance;

- Patting, hugging, touching, pinching, or brushing against another person's body; or

- Whistling, cat calls, offensive gestures, or leering.

## <u>REQUIRED ACTION</u>

To prevent or promptly address harassing behavior:

- This policy will be reviewed at new employee orientations.

- This policy will remain posted on all company bulletin boards designated for government postings.

- This policy will be discussed at appropriate staff meetings, training sessions, etc.

- Supervisory employees will be informed of the potential for liability—both for the company and for themselves—if they commit, have knowledge of, or fail to take reasonable measures to prevent or correct harassment in the workplace.

- Anyone who observes or experiences harassing behavior must immediately report the harassment in accordance with this policy.

CONFIDENTIAL
CIN000207

# *Working Environment Policy Manual*

## REPORTING HARASSMENT

*If you feel at any time that you are being harassed in any manner or that you have witnessed the harassment of an employee or customer, you must immediately notify your supervisor or department head. If you would feel more comfortable talking to someone outside of your department or work location, you may call Compliance Services at 1-513-287-2662 or the Employee Hotline at 1-800-354-2714. Supervisors must report any complaints to Compliance Services.*

To the extent the investigation permits, Cinergy will preserve the identity and confidentiality of any employees who report harassment or cooperate with an investigation. Employees who report harassment or cooperate in an investigation of a harassment complaint are protected against any form of retaliation and should also report any retaliation or threats. All complaints will be investigated impartially.

CONFIDENTIAL
CIN000208

# *Working Environment Policy Manual*

Acknowledgement

Employee Name: _Bill Brantley_

Employee Number: _17905_

I hereby acknowledge that I have received a copy of the Working Environment Policy Manual.

Signature: _Bill Brantley_        Date: _10-7-02_

#97919

CONFIDENTIAL
CIN046740

# *Working Environment Policy Manual*

Acknowledgement

Employee Name: _Todd Tolbert_

Employee Number: _84975_

I hereby acknowledge that I have received a copy of the Working Environment Policy Manual.

Signature: _____    Date: _10 - 17 - 2___

CONFIDENTIAL
CIN046741

# *Working Environment Policy Manual*

Acknowledgement

Employee Name: _____ A     MARTIN_____

Employee Number: _____ 5 2205_____

I hereby acknowledge that I have received a copy of the Working Environment Policy Manual.

Signature: _____ViMart_____     Date: _10-17-02_____

CONFIDENTIAL
CIN046742

Pathlore Learning Management System   Title: Supv, Field T&D Const&Maint   Hourly/Salary: S   Company: CGE   10/1/2002 page 1
17905   BILLY BRANTLEY
Phone: 513/287-4905   Mail: EF370   Center: 479   Dept. ID: 0000385   Full/Part-time: F   Status: Active

| Field | Value |
|---|---|
| EMPLOYEE NUMBER: | 17905 |
| LAST NAME: | BRANTLEY |
| FIRST NAME: | BILLY |
| M.I.: | |
| WORK PHONE: | 513/287-4905 |
| E-MAIL: | T17905 |
| COMPANY: | CGE |
| DEPT ID: | 0000385 |
| MAIL DROP: | EF370 |
| BUS. UNIT: | ED |
| CORP: | 010 |
| CENTER: | 479 |
| EMP. CLASS: | 1 |
| EMP. STATUS: | A |
| PART/FULL TIME: | F |
| TERMINATION DATE: | |
| HOURLY/SALARY: | S |
| UNION CODE: | 2 |
| TEMP STATUS: | R |
| TITLE: | Supv, Field T&D Const&Maint |
| JOB CODE: | 52679 |
| Date in current Job: | 7/1/2002 |
| ACTUAL HIRE DATE: | 11/30/1987 |
| ADJUSTED HIRE DATE: | 11/30/1987 |
| EDUC. LEVEL: | HS Grad |
| FIRST RESPONDER ?: | |
| LAST UPDATED BY: | TANACKER |
| LAST MODIFIED: | 9/11/2002 |
| GENDER: | M |
| E-mail Copy: | |

CONFIDENTIAL
CIN046743

Pathlore Learning Management System

17905  BILLY BRANTLEY    Title: Supv, Field T&D Const&Maint    Hourly/Salary: S    Company: CGE
Phone: 513/287-4905    Mail: EF370    Center: 479    Dept ID: 00000385    Full/Part-time: F    Status: Active

Transcript

10/1/2002 page 2

| DATE | CODE | NAME | STAT | HRS | SAVED ON |
|---|---|---|---|---|---|
| 11/5/2002 | COMPGRA... | INTRODUCTION TO POWERPOI... | S | 6.50 | 9/11/2002 |
| 8/31/2002 | EDUC080502 | DALE CARNEGIE | R | | 9/4/2002 |
| 8/13/2002 | DIVRDVS... | BALANCED WORKFORCE INITI... | R | 2.00 | 8/15/2002 |
| 8/13/2002 | DIVRDVS... | BALANCED WORKFORCE INITI... | E | 2.00 | 8/7/2002 |
| 8/7/2002 | INFOEMP... | EMPLOYMENT LAW FOR MAN... | E | 2.00 | 7/29/2002 |
| 7/11/2002 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 6.00 | 7/18/2002 |
| 4/8/2002 | OSHAEMP... | OSHA QUALIFIED EMPLOYEE D... | F | 6.00 | 5/8/2002 |
| 4/4/2002 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 0.50 | 4/29/2002 |
| 11/15/2001 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 7.00 | 12/11/2001 |
| 9/12/2001 | SAFEPEREQP | PERSONAL PROTECTIVE EQUIP... | F | 8.00 | 2/5/2002 |
| 9/12/2001 | SAFEWRK... | WORK AREA PROTECTION RUL... | F | 2.00 | 2/5/2002 |
| 8/16/2001 | DIVRDVSQT3 | DIVERSITY 3RD QUARTER TOPI... | F | 1.00 | 8/31/2001 |
| 5/10/2001 | INFODOT... | DOT LOG BOOK INFORMATION | F | 1.00 | 5/14/2001 |
| 5/10/2001 | OSHAEMP... | OSHA QUALIFIED EMPLOYEE D... | F | 0.50 | 5/14/2001 |
| 2/21/2001 | SAFEFSTAID | FIRST AID TRADING | F | 3.00 | 3/19/2001 |
| 2/21/2001 | INFODRGFS | DRUG AND ALCOHOL REFRESH... | F | 3.00 | 3/19/2001 |
| 2/21/2001 | SAFECPRPRC | CPR PRACTICE | F | 1.50 | 2/21/2001 |
| 2/21/2001 | SAFECPRPRC | CPR PRACTICE | F | 1.50 | 3/19/2001 |
| 2/21/2001 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | 3/19/2001 |
| 2/21/2001 | SAFEFSTAID | FIRST AID TRADING | F | 3.00 | 4/19/2001 |
| 2/21/2001 | SAFECPRPRC | CPR PRACTICE | F | 1.50 | 4/19/2001 |
| 2/21/2001 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | 4/19/2001 |
| 1/23/2001 | LINEEQPGRD | EQUIPOTENTIAL GROUNDING | F | 8.00 | 1/30/2001 |
| 1/17/2001 | INFOENDPCS | EMPLOYEE AWARENESS - OPT... | F | 2.00 | 1/29/2001 |
| 11/16/2000 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 12/5/2000 |
| 11/9/2000 | SAFEMTG... | ZERO TOLERANCE MEETING | F | 0.00 | 11/13/2000 |
| 10/25/2000 | INFOORDER1 | EMPLOYEE AWARENESS - ORD... | F | 0.00 | 11/6/2000 |
| 10/18/2000 | SAFESC7102 | SECTION 7-SAFETY & HEALTH... | F | 1.00 | 1/2/2001 |
| 9/28/2000 | DIVRDVSFDT | PRESENTING AND FACILITATI... | F | 8.00 | 10/30/2000 |
| 9/14/2000 | DIVRDVS... | BROWN BAG SESSION (DIVIDIN... | F | 2.00 | 10/23/2000 |
| 9/13/2000 | SAFEBUC... | BUCKET RESCUE | F | 1.00 | 9/18/2000 |
| 9/13/2000 | TECHPOL... | POLE TOP RESCUE/CLIMBING C... | F | 1.00 | 9/18/2000 |

CONFIDENTIAL
CIN046744

Pathlore Learning Management System

17905  BILLY BRANTLEY    Title: Supv, Field T&D Const&Maint    Hourly/Salary: S    Company: CGE
Phone: 513/287-4905    Mail: EF370    Center: 479    Dept. ID: 00000385    Full/Part-time: F    Status: Active
Transcript

10/1/2002 page 3

| Date | Code | Description | | Hours | Date |
|---|---|---|---|---|---|
| 8/15/2000 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 8/23/2000 |
| 5/31/2000 | DIVRDVS... | TALKING TO A WALL HOW & ... | F | 2.00 | 8/3/2000 |
| 4/13/2000 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 4/14/2000 |
| 4/11/2000 | INFOWRK... | WORKPLACE HARASSMENT | F | 2.00 | 4/14/2000 |
| 3/22/2000 | SAFERED... | REDBOOK UPDATE REVIEW | F | 2.00 | 5/10/2000 |
| 3/16/2000 | LEADCON101 | LEADERSHIP CONFERENCE (TAPE) | F | 1.50 | 4/27/2000 |
| 3/8/2000 | DIVRDVSJTI | JOURNEY TOWARD INCLUSION | F | 8.00 | 2/18/2000 |
| 2/23/2000 | SAFEFSTAID | FIRST AID TRAINING | F | 0.50 | 5/30/2000 |
| 2/23/2000 | SAFECPRPRC | CPR PRACTICE | F | 0.50 | 5/30/2000 |
| 2/23/2000 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | 5/30/2000 |
| 2/16/2000 | SAFESWC... | SWITCHING & TAGGING | F | 80.00 | 6/2/2000 |
| 1/5/2000 | INFOIRSBD1 | SUPPLY BUSINESS DECISION | F | 0.50 | 3/17/2000 |
| 11/11/1999 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 11/16/1999 |
| 9/8/1999 | INFOMGT... | CINERGY MANAGEMENT BRIEF... | F | 1.00 | 9/13/1999 |
| 8/13/1999 | LINEEQPGRD | EQUPOTENTIAL GROUNDING | F | 3.00 | 11/3/1999 |
| 8/11/1999 | SAFEFIREXT | PORTABLE FIRE EXTINGUISHERS | F | 2.00 | 11/23/1999 |
| 7/29/1999 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 7/28/1999 |
| 7/26/1999 | SAFECPRPRC | CPR PRACTICE | F | 3.00 | 6/28/2000 |
| 6/25/1999 | SAFEFRKLFT | FORK LIFT TRAINING | F | 3.00 | 7/27/1999 |
| 5/12/1999 | TECHPOL... | POLE TOP RESCUE | F | 1.00 | 6/23/2000 |
| 5/12/1999 | SAFEBUC... | BUCKET RESCUE/AERIAL DESC... | F | 1.00 | 6/28/1999 |
| 5/12/1999 | SAFEEAP... | EMERGENCY ACTION PLAN | F | 0.50 | 6/28/1999 |
| 5/5/1999 | DIVRDVS504 | WORKPLACE AS COMMUNITY | F | 8.00 | 5/27/1999 |
| 4/15/1999 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 4/21/1999 |
| 4/6/1999 | LEADCON101 | LEADERSHIP CONFERENCE (TAPE) | F | 2.00 | 4/14/1999 |
| 3/15/1999 | SAFEALW001 | SAFETY ALWAYS KICKOFF ME... | F | 1.00 | 4/13/1999 |
| 11/18/1998 | SAFESWC... | SWITCHING & TAGGING | F | 2.00 | 5/7/1999 |
| 10/21/1998 | DIVRDVS102 | Diversity Profile | F | 2.00 | 10/22/1998 |
| 9/29/1998 | CUSTMUN... | MEETING UNSPOKEN NEEDS | F | 3.00 | 10/2/1998 |
| 7/2/1998 | CUSTYER001 | YOUR EXPANDING ROLE | F | 3.00 | 7/8/1998 |
| 4/3/1998 | DIVRDVS201 | AFRICAN AMERICAN LEADERS... | F | 8.00 | 8/6/1998 |
| 11/20/1997 | FINLENS... | BUSINESS SENSE WITH A TWIST | F | 3.00 | 5/21/1999 |

CONFIDENTIAL
CIN046745

Pathlore Learning Management System

17905  BILLY BRANTLEY    Title: Supv, Field T&D Const&Maint    Hourly/Salary: S    Company: CGE

Phone: 513/287-4905    Mail: EF370    Center: 479    Dept. ID: 00000385    Full/Part-time: F    Status: Active

Transcript

10/1/2002 page 4

| Date | Code | Description | | Hours | Date |
|---|---|---|---|---|---|
| 9/23/1997 | FINLHOD301 | CINERGY BUSINESS SENSE | F | 8.00 | 9/24/1997 |
| 5/16/1997 | SAFELCK101 | LOCKOUT TAG OUT | F | 4.00 | 9/15/1997 |
| 5/1/1997 | DIVRDVS101 | INTRO TO THE DIVERSITY PER... | F | 2.00 | 5/9/1997 |
| 4/25/1997 | SAFEACC... | ACCIDENT REVIEW AND LOCK... | F | 0.00 | 9/29/1997 |
| 3/14/1997 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 2.00 | 9/15/1997 |
| 2/4/1997 | SAFEBOD... | BODY HARNESS TRAINING | F | 0.50 | 10/23/1997 |
| 2/4/1997 | SAFETICTRA | TIC TRACER | F | 1.00 | 10/20/1997 |
| 4/24/1996 | SAFEOSH... | DOCUMENTATION OF EMPLOY... | F | 2.00 | 9/19/1996 |
| 1/4/1996 | LINETRF101 | TRANSFORMER TRAINING | F | 5.00 | 9/18/1996 |

CONFIDENTIAL
CIN046746

Pathlore Learning Management System    Title: Lineperson A    Hourly/Salary: H    Company: CGE
84975    TODD D TOLBERT    Center: 38H    Dept. ID: 00000369    Full/Part-time: F    Status: Active
Phone:    Mail: EF304

| Field | Value |
|---|---|
| EMPLOYEE NUMBER: | 84975 |
| LAST NAME: | TOLBERT |
| FIRST NAME: | TODD |
| M.I.: | D |
| WORK PHONE: | |
| E-MAIL: | T84975 |
| COMPANY: | CGE |
| DEPT ID: | 0000369 |
| MAIL DROP: | EF304 |
| BUS. UNIT: | ED |
| CORP: | 010 |
| CENTER: | 38H |
| EMP. CLASS: | 1 |
| EMP. STATUS: | A |
| PART/FULL TIME: | F |
| TERMINATION DATE: | |
| HOURLY/SALARY: | H |
| UNION CODE: | 2 |
| TEMP STATUS: | R |
| TITLE: | Lineperson A |
| JOB CODE: | 66834 |
| Date in current Job: | 9/11/2001 |
| ACTUAL HIRE DATE: | 8/13/1990 |
| ADJUSTED HIRE DATE: | 8/13/1990 |
| EDUC. LEVEL: | HS Grad |
| FIRST RESPONDER ?: | |
| LAST UPDATED BY: | TANACKER |
| LAST MODIFIED: | 7/18/2002 |
| GENDER: | M |
| E-mail Copy: | |

10/1/2002 page 1

CONFIDENTIAL
CIN046747

Pathlore Learning Management System

84975 TODD D TOLBERT   Title: Lineperson A   Hourly/Salary: H   Company: CGE

Phone:   Mail: EF304   Center: 38H   Dept. ID: 00000369   Full/Part-time: F   Status: Active

Transcript

| DATE | CODE | NAME | STAT | HRS | SAVED ON |
|---|---|---|---|---|---|
| 7/11/2002 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 6.00 | 7/18/2002 |
| 5/7/2002 | SAFEMNL102 | REVIEW OF SAFETY & HEALTH... | F | 1.00 | 6/11/2002 |
| 4/4/2002 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 7.00 | 4/29/2002 |
| 2/26/2002 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | 5/31/2002 |
| 2/26/2002 | SAFECPR101 | CPR CERTIFICATION (RECERTIF... | F | 4.00 | 5/31/2002 |
| 2/26/2002 | SAFEFSTAID | FIRST AID TRAINING | F | 3.00 | 5/31/2002 |
| 2/25/2002 | OSHAEMP... | OSHA QUALIFIED EMPLOYEE D... | F | 0.50 | 3/14/2002 |
| 1/15/2001 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 12/11/2001 |
| 8/9/2001 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 8/31/2001 |
| 7/12/2001 | TECHLINE01 | TESTING LINES | F | 1.00 | 11/14/2001 |
| 7/12/2001 | SAFEENCSPC | ENCLOSED SPACE TRAINING (L... | F | 1.00 | 11/14/2001 |
| 6/27/2001 | DIVRDVS... | BROWN BAG SESSION (JTI) | F | 2.00 | 7/9/2001 |
| 5/16/2001 | SAFEFIRETR | FIRE TRAINING | F | 2.00 | 8/3/2001 |
| 4/23/2001 | PDEVHOD800 | BASIC FACILITATION SKILLS | F | 4.00 | 4/10/2001 |
| 4/19/2001 | INFODOT... | DOT/CDL LOG BOOK INFORMAT... | F | 1.00 | 8/3/2001 |
| 4/19/2001 | SAFEMTG... | SAFETY MEETING FOR APRIL-D... | F | 1.50 | 5/14/2001 |
| 4/12/2001 | DIVRDVS498 | DIVERSITY TEAM MEMBER | F | 8.00 | 4/16/2001 |
| 3/15/2001 | INFODRGRFS | DRUG AND ALCOHOL REFRESH... | F | 1.50 | 3/19/2001 |
| 2/8/2001 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | 3/2/2001 |
| 2/8/2001 | SAFECPRPRC | CPR PRACTICE | F | 1.50 | 3/2/2001 |
| 1/24/2001 | INFOENDPCS | EMPLOYEE AWARENESS - OPT,... | F | 2.00 | 2/6/2001 |
| 10/24/2001 | INFOORDER1 | EMPLOYEE AWARENESS - ORD... | F | 1.00 | 1/16/2000 |
| 9/12/2000 | DIVRDVS... | BROWN BAG SESSION (DIVIDIN... | F | 2.00 | 10/23/2000 |
| 5/25/2000 | DIVRDVS... | TALKING TO A WALL HOW & ... | F | 2.00 | 8/3/2000 |
| 5/4/2000 | INFOWRK... | WORKPLACE HARASSMENT | F | 1.00 | 5/15/2000 |
| 1/25/2000 | SAFECPRPRC | CPR PRACTICE | F | 2.00 | 6/19/2000 |
| 1/25/2000 | SAFECPRPRC | CPR PRACTICE | F | 2.00 | 6/19/2000 |
| 1/12/2000 | SAFEFSTAID | FIRST AID TRAINING | F | 2.00 | 6/19/2000 |
| 1/12/2000 | INFOIRSBD1 | SUPPLY BUSINESS DECISION | F | 0.50 | 1/20/2000 |
| 11/16/1999 | SAFEMTG... | NOV. SAFETY MEETING | F | 1.00 | 11/17/1999 |
| 11/11/1999 | INFOMGT... | JIM ROGERS MANAGEMENT BR... | F | 2.00 | 11/17/1999 |
| 10/19/1999 | SAFEPEREQP | PERSONAL PROTECTIVE EQUIP... | F | 1.00 | 10/19/1999 |

CONFIDENTIAL
CIN046748

Pathlore Learning Management System
84975

| Phone: | TODD D TOLBERT | Title: Lineperson A | Hourly/Salary: H | Company: CGE |
|---|---|---|---|---|
| | Mail: EF304 | Center: 38H | Dept. ID: 0000369 | Full/Part-time: F | Status: Active |

10/1/2002  page 3

**Transcript**

| Date | Code | Name | Flag | Hours | Date |
|---|---|---|---|---|---|
| 10/6/1999 | SAFEFRKLFT | FORK LIFT TRAINING | F | 3.00 | 6/23/2000 |
| 10/5/1999 | DIVRDVS... | ATTITUDE VIRUS | F | 2.00 | 10/6/1999 |
| 9/15/1999 | SAFESECT17 | CHANGES IN SECTION 7 OF SAF... | F | 3.00 | 9/20/1999 |
| 9/14/1999 | SAFEHAZ... | HAZARDOUS COMMUNICATION | F | 3.00 | 6/23/2000 |
| 9/8/1999 | INFOMGT... | CINERGY MANAGEMENT BRIEF... | F | 1.00 | 9/13/1999 |
| 3/18/1999 | SAFEDRIVER | SAFE DRIVER ON COMPANY PR... | F | 0.45 | 8/25/1999 |
| 8/13/1999 | LINEEQPGRD | EQUIPOTENTIAL GROUNDING | F | 3.00 | 11/3/1999 |
| 8/11/1999 | SAFEMTG... | MONTHLY SAFETY MEETING | F | 1.00 | 8/25/1999 |
| 6/8/1999 | SAFEENCSPC | ENCLOSED SPACES | F | 1.00 | 6/16/1999 |
| 6/8/1999 | SAFEBUC... | BUCKET RESCUE/AERIAL DESC... | F | 1.00 | 6/28/1999 |
| 5/12/1999 | SAFEBUC... | BUCKET TRUCK RESCUE | F | 2.50 | 5/17/1999 |
| 5/12/1999 | SAFEAP... | EMERGENCY ACTION PLAN | F | 0.50 | 6/28/1999 |
| 5/12/1999 | SAFEAP... | EMERGENCY ACTION PLAN | F | 1.00 | 6/16/1999 |
| 5/12/1999 | TECHPOL... | POLE TOP RESCUE | F | 2.00 | 6/16/1999 |
| 5/12/1999 | SAFEEAP... | EMERGENCY ACTION PLAN | F | 1.00 | 5/17/1999 |
| 5/4/1999 | SAFEFIR101 | FIRE EXTINGUISHER TRAINING | F | 3.50 | 5/5/1999 |
| 3/15/1999 | SAFEALW001 | SAFETY ALWAYS KICKOFF ME... | F | 1.00 | 4/13/1999 |
| 3/9/1999 | SAFECPRPRC | CPR PRACTICE | F | 1.50 | 4/23/1999 |
| 3/9/1999 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | 5/6/1999 |
| 1/5/1999 | SAFECPR101 | CPR CERTIFICATION (RECERTIF... | F | 4.00 | 3/25/1999 |
| 11/18/1998 | SAFESWC... | SWITCHING & TAGGING | F | 1.00 | 5/7/1999 |
| 11/4/1998 | CUSTMUN... | MEETING UNSPOKEN NEEDS | F | 3.00 | 11/5/1998 |
| 10/21/1998 | DIVRDVS102 | Diversity Profile | F | 2.00 | 10/22/1998 |
| 7/2/1998 | CUSTYER001 | YOUR EXPANDING ROLE | F | 3.00 | 7/8/1998 |
| 5/13/1998 | CUSTYER001 | YOUR EXPANDING ROLE | N | 3.00 | 7/8/1998 |
| 5/12/1998 | TECHPOL... | POLE TOP RESCUE | F | 1.00 | 6/7/1999 |
| 4/3/1998 | DIVRDVS201 | AFRICAN AMERICAN LEADERS... | F | 8.00 | 8/6/1998 |
| 10/8/1997 | FINLHOD301 | CINERGY BUSINESS SENSE | F | 8.00 | 11/5/1997 |
| 5/1/1997 | DIVRDVS101 | INTRO TO THE DIVERSITY PER... | F | 2.00 | 5/9/1997 |
| 1/1/1997 | HISTWRK... | Lineperson C | | 2.00 | 1/28/1997 |
| 4/17/1996 | SAFEOSH... | DOCUMENTATION OF EMPLOY... | F | 2.00 | 9/19/1996 |
| 2/22/1996 | LINETRF101 | TRANSFORMER TRAINING | F | 5.00 | 9/18/1996 |
| 5/17/1995 | LINEQUA... | LINEPERSON "A" WRITTEN EXAM | F | 4.00 | 12/12/2001 |

CONFIDENTIAL
CIN046749

Pathlore Learning Management System
84975    TODD D TOLBERT    Title: Lineperson A    Hourly/Salary: H    Company: CGE
Phone:    Mail: EF304    Center: 38H    Dept. ID: 00000369    Full/Part-time: F    Status: Active
Transcript

| 5/8/1995 | LINEQUAL-A Lineperson "A" Qualifying Exam | F | 4.00 | 9/6/1996 |

CONFIDENTIAL
CIN046750

Pathlore Learning Management System

| | | | | | | |
|---|---|---|---|---|---|---|
| 52205 | ANTHONY MARTIN | Title: Groundperson Driver A | | Hourly/Salary: H | | Company: CGE |
| Phone: | | Mail: EF330 | Center: 502 | Dept. ID: 00000365 | Full/Part-time: F | Status: Active |

Transcript

| DATE | CODE | NAME | STAT | HRS | SAVED BY | SAVED ON |
|---|---|---|---|---|---|---|
| 7/23/2002 | SAFEFRKLFT | FORK LIFT TRAINING | F | 2.00 | TMORGAN | 7/29/2002 |
| 7/23/2002 | SAFECON101 | CONFINED/ENCLOSED SPACE E... | F | 3.00 | TMORGAN | 7/29/2002 |
| 6/4/2002 | SAFEBOM... | HANDLING BOMB THREATS &... | F | 0.50 | TMORGAN | 6/10/2002 |
| 5/7/2002 | SAFEMNL102 | REVIEW OF SAFETY & HEALTH... | F | 1.00 | TMORGAN | 6/11/2002 |
| 2/26/2002 | SAFEFSTAID | FIRST AID TRAINING | F | 3.00 | TMORGAN | 5/31/2002 |
| 2/26/2002 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | TMORGAN | 5/31/2002 |
| 2/26/2002 | SAFECPR101 | CPR CERTIFICATION (RECERTIF... | F | 4.00 | TMORGAN | 5/31/2002 |
| 2/25/2002 | SAFEOSH... | OSHA QUALIFIED EMPLOYEE D... | F | 0.50 | EDAVIS | 3/14/2002 |
| 9/13/2001 | SAFEWRK... | WORK AREA PROTECTION RUL... | F | 1.00 | EDAVIS | 2/4/2002 |
| 9/13/2001 | INFOPLCY00 | ZERO TOLERANCE POLICY | F | 0.50 | EDAVIS | 2/4/2002 |
| 9/13/2001 | SAFEPEREQP | PERSONAL PROTECTIVE EQUIP... | F | 2.00 | EDAVIS | 2/4/2002 |
| 6/27/2001 | CUSTCHCC01 | CODE OF CONDUCT | F | 2.00 | EDAVIS | 2/4/2002 |
| 4/19/2001 | INFODOT... | DOT/CDL LOG BOOK INFORMAT... | F | 1.00 | DHERBERT | 7/11/2001 |
| 4/19/2001 | SAFEMTG... | SAFETY MEETING FOR APRIL-D... | F | 1.50 | DHERBERT | 8/3/2001 |
| 4/12/2001 | TECHPOL... | POLE TOP RESCUE | F | 1.00 | DHERBERT | 8/3/2001 |
| 4/12/2001 | SAFEWRK... | WORK AREA PROTECTION RUL... | F | 1.00 | DHERBERT | 8/3/2001 |
| 3/15/2001 | INFODRGRFS | DRUG AND ALCOHOL REFRESH... | F | 1.50 | DHERBERT | 3/19/2001 |
| 2/8/2001 | SAFECPRPRC | CPR PRACTICE | F | 1.50 | DHERBERT | 3/2/2001 |
| 2/8/2001 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | DHERBERT | 3/2/2001 |
| 1/24/2001 | INFOENDPCS | EMPLOYEE AWARENESS - OPT... | F | 2.00 | DHERBERT | 2/6/2001 |
| 10/24/2000 | INFOORDER1 | EMPLOYEE AWARENESS - ORD... | F | 1.00 | DHERBERT | 11/6/2000 |
| 9/27/2000 | INFOWRK... | WORKPLACE HARASSMENT... | F | 1.00 | TANACKER | 9/29/2000 |
| 9/12/2000 | DIVRDVS... | BROWN BAG SESSION (DIVIDIN... | F | 2.00 | BVATER | 10/23/2000 |
| 8/17/2000 | SAFEPEREQP | PERSONAL PROTECTIVE EQUIP... | F | 2.00 | DHERBERT | 8/21/2000 |
| 5/16/2000 | TECHSERV01 | SERVICE INSTALLATION | F | 8.00 | DHERBERT | 5/23/2000 |
| 1/12/2000 | INFOIRSBD1 | SUPPLY BUSINESS DECISION | F | 0.50 | MRIEMAN | 1/20/2000 |
| 12/15/1999 | SAFETRN... | TRENCHING & SHORING CLASS | F | 1.50 | GKENNEDY | 1/6/2000 |
| 12/15/1999 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.50 | GKENNEDY | 1/6/2000 |
| 9/15/1999 | LINEEQPGRD | EQUIPOTENTIAL GROUNDING | F | 3.00 | GKENNEDY | 11/3/1999 |
| 7/29/1999 | SAFEFRKLFT | FORK LIFT TRAINING | F | 3.00 | GKENNEDY | 10/13/1999 |
| 7/1/1999 | DIVRDVS... | A CLASS DIVIDED | F | 2.00 | PALLEN | 7/1/1999 |

10/23/2002  page 1

CONFIDENTIAL
CIN046751

Pathlore Learning Management System
52205 ANTHONY MARTIN    Title: Groundperson Driver A    Hourly/Salary: H    Company: CGE
Phone:    Mail: EF330    Center: 502    Dept. ID: 00000365    Full/Part-time: F    Status: Active
Transcript

10/23/2002 page 2

| Date | Course | Course Name | Status | Hours | Instructor | Date |
|---|---|---|---|---|---|---|
| 4/7/1999 | LEADCON101 | LEADERSHIP CONFERENCE (TAPE) | F | 2.00 | MRIEMAN | 4/13/1999 |
| 3/15/1999 | SAFEALW001 | SAFETY ALWAYS KICKOFF ME... | F | 1.00 | TANACKER | 4/13/1999 |
| 3/9/1999 | SAFECPRPRC | CPR PRACTICE | F | 1.50 | GKENNEDY | 4/23/1999 |
| 12/3/1998 | CUSTMUN... | MEETING UNSPOKEN NEEDS | F | 3.00 | MRIEMAN | 12/8/1998 |
| 11/18/1998 | SAFESWC... | SWITCHING & TAGGING | F | 1.00 | MRIEMAN | 5/7/1999 |
| 11/4/1998 | CUSTMUN... | MEETING UNSPOKEN NEEDS | F | 3.00 | MRIEMAN | 11/5/1998 |
| 10/21/1998 | DIVRDVS102 | Diversity Profile | N | 2.00 | MDOBBINS | 10/22/1998 |
| 9/29/1998 | CUSTMUN... | MEETING UNSPOKEN NEEDS | N | 3.00 | MRIEMAN | 10/2/1998 |
| 7/30/1998 | CUSTYER001 | YOUR EXPANDING ROLE | N | 3.00 | MRIEMAN | 7/30/1998 |
| 7/2/1998 | CUSTYER001 | YOUR EXPANDING ROLE | N | 3.00 | MRIEMAN | 7/8/1998 |
| 10/2/1997 | FINLHOD301 | CINERGY BUSINESS SENSE | F | 8.00 | S GULLETT | 11/5/1997 |
| 5/16/1997 | SAFELCK101 | LOCKOUT TAG OUT | F | 4.00 | G DAVIS | 9/15/1997 |
| 5/1/1997 | DIVRDVS101 | INTRO TO THE DIVERSITY PER... | F | 2.00 | M DOBBINS | 5/9/1997 |
| 4/25/1997 | SAFEACC... | ACCIDENT REVIEW AND LOCK... | F | 0.00 | G DAVIS | 9/29/1997 |
| 1/1/1997 | HISTWRK... | Lineperson C | F | | T51956 | 1/28/1997 |
| 4/24/1996 | SAFEOSH... | DOCUMENTATION OF EMPLOY... | F | 2.00 | T01626 | 9/19/1996 |
| 1/4/1996 | LINETRF101 | TRANSFORMER TRAINING | F | 5.00 | T01626 | 9/18/1996 |
| 2/1/1974 | HISTWRK... | Fork Truck | F | | T51956 | 1/28/1997 |

CONFIDENTIAL
CIN046752

Patlhore Learning Management System
42699    RODNEY V JONES    Title: Manual Technician    Hourly/Salary: H    Company: CGE
Phone:    Mail: EF360    Center: 477    Dept. ID: 00000385    Full/Part-time: F    Status: Inactiv
Transcript:

| DATE | CODE | NAME | STAT | HRS | SAVED BY | SAVED ON |
|------|------|------|------|-----|----------|----------|
| 6/28/2001 | TECHCON101 | TESTING CONDUCTORS | F | 2.00 | DHERBERT | 8/14/2001 |
| 5/8/2001 | INFODRGRFS | DRUG AND ALCOHOL REFRESH... | F | 1.50 | DHERBERT | 5/9/2001 |
| 2/21/2001 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | DHERBERT | 4/27/2001 |
| 2/21/2001 | SAFECPR101 | CPR CERTIFICATION (RECERTIF... | F | 2.00 | DHERBERT | 4/27/2001 |
| 11/27/2000 | SAFEMNL101 | REVIEW OF SAFETY & HEALTH... | F | 0.50 | DHERBERT | 11/29/2000 |
| 9/14/2000 | DIVRDVS. | BROWN BAG SESSION (THE BUS... | F | 2.00 | BVATER | 9/18/2000 |
| 8/23/2000 | SAFEPEREQP | PERSONAL PROTECTIVE EQUIP... | F | 2.00 | MGILLIGAN | 10/9/2000 |
| 8/2/2000 | SAFEMTG... | SAFETY MEETING FOR AUGUST ... | F | 0.00 | MGILLIGAN | 10/12/2000 |
| 6/14/2000 | LINEEQPGRD | EQUIPOTENTIAL GROUNDING | F | 3.00 | DHERBERT | 6/20/2000 |
| 5/24/2000 | INFOWRK... | WORKPLACE HARASSMENT | F | 1.00 | TANACKER | 5/26/2000 |
| 5/10/2000 | SAFEBUC. | BUCKET RESCUE | F | 1.00 | DHERBERT | 7/5/2000 |
| 5/10/2000 | TECHPOL. | POLE TOP RESCUE | F | 1.00 | DHERBERT | 7/5/2000 |
| 3/23/2000 | SAFECPRINS | CPR/FIRST AID TRAINING FOR I... | F | 8.00 | DHERBERT | 5/12/2000 |
| 2/22/2000 | TECHSWI... | SWITCHING, TAGGING & ISOLA... | F | 2.00 | GKENNEDY | 3/17/2000 |
| 2/22/2000 | SAFELCKI101 | LOCKOUT/TAGOUT TRAINING | F | 1.00 | MGILLIGAN | 2/28/2000 |
| 2/9/2000 | COMPINT100 | INTERNET & EMAIL ABUSE POL... | F | 1.00 | DHERBERT | 6/23/2000 |
| 2/9/2000 | SAFEREV101 | ACCIDENTS (CRANE, VEHICLE,... | F | 1.00 | DHERBERT | 6/23/2000 |
| 2/9/2000 | TECHALLISO | ALLISON TRANSMISSION VIDEO | F | 1.00 | DHERBERT | 6/23/2000 |
| 2/9/2000 | SAFEDRV201 | WINTER DRIVING SAFETY | F | 1.00 | DHERBERT | 6/23/2000 |
| 2/9/2000 | SAFEFIR101 | FIRE EXTINGUISHER TRAINING | F | 0.50 | DHERBERT | 6/23/2000 |
| 1/27/2000 | SAFEBBP... | BLOOD BORNE PATHOGENS | F | 1.00 | MGILLIGAN | 1/31/2000 |
| 1/27/2000 | SAFETRN... | TRENCHING & SHORING CLASS | F | 1.00 | MGILLIGAN | 1/31/2000 |
| 1/27/2000 | SAFEAP. | EMERGENCY ACTION PLAN | F | 1.00 | MGILLIGAN | 1/31/2000 |
| 1/11/2000 | INFOIRSBD1 | SUPPLY BUSINESS DECISION | F | 0.50 | MRIEMAN | 1/17/2000 |
| 1/11/2000 | SAFEELQ... | ELECTRICAL SAFETY QUALIFY... | F | 0.50 | MGILLIGAN | 1/31/2000 |
| 12/1/1999 | SAFEELQ. | OSHA GUIDELINES REVIEW & ... | F | 2.00 | GKENNEDY | 1/7/2000 |
| 11/17/1999 | INFOMGT. | JIM ROGERS MANAGEMENT BR... | F | 0.00 | MGILLIGAN | 11/18/1999 |
| 10/19/1999 | SAFEPEREQP | PERSONAL PROTECTIVE EQUIP... | F | 2.00 | TANACKER | 10/19/1999 |
| 10/11/1999 | DIVRDVS. | ATTITUDE VIRUS | F | 2.00 | DBRADFORD | 10/22/1999 |
| 9/14/1999 | SAFEHAZ... | HAZARDOUS COMMUNICATION | F | 3.00 | MVAUGHT | 6/23/2000 |
| 8/2/1999 | LEADVIO... | VIOLENCE IN THE WORKPLACE | F | 1.00 | MGILLIGAN | 8/4/1999 |

10/23/2002 page 1

CONFIDENTIAL
CIN046753

Pathlore Learning Management System

| 42699 | RODNEY V JONES | Title: Manual Technician | Hourly/Salary: H | Company: CGE |
| Phone: | Mail: EF360 | Center: 477 | Dept.ID: 0000385 | Full/Part-time: F | Status: Inactiv |

Transcript

| Date | Code | Description | | Hrs | By | Date |
|------|------|-------------|---|-----|----|------|
| 7/29/1999 | LINEEQPGRD | EQUIPOTENTIAL GROUNDING | F | 3.00 | GKENNEDY | 11/3/1999 |
| 6/24/1999 | SAFEBUC... | BUCKET TRUCK RESCUE | F | 2.50 | MGILLIGAN | 9/20/1999 |
| 6/24/1999 | TECHPOL... | POLE TOP RESCUE | F | 2.00 | MGILLIGAN | 8/4/1999 |
| 6/17/1999 | SAFETYW.... | 1999 SAFETY WEEK MEETING | F | 2.00 | MGILLIGAN | 6/21/1999 |
| 5/17/1999 | SAFEMTG... | MONTHLY SAFETY MEETING MAY | F | 1.00 | MGILLIGAN | 5/19/1999 |
| 4/6/1999 | SAFEELH... | ELECTRICAL SAFETY AT HOME... | F | 1.00 | MGILLIGAN | 4/28/1999 |
| 4/6/1999 | LEADCON101 | 1999 LEADERSHIP CONFERENCE... | F | 3.00 | MGILLIGAN | 4/12/1999 |
| 3/10/1999 | SAFECPRPRC | CPR PRACTICE | F | 1.50 | GKENNEDY | 4/23/1999 |
| 2/24/1999 | SAFEALW001 | SAFETY ALWAYS KICKOFF ME... | F | 2.00 | MGILLIGAN | 3/23/1999 |
| 2/17/1999 | SAFEELQ... | ELECTRICAL SAFETY QUALIFY... | F | 1.00 | MGILLIGAN | 3/23/1999 |
| 12/3/1998 | CUSTMUN... | MEETING UNSPOKEN NEEDS | F | 3.00 | MRIEMAN | 12/8/1998 |
| 12/3/1998 | DIVRDVS102 | DIVERSITY PROFILE | F | 2.00 | MDOBBINS | 12/9/1998 |
| 11/30/1998 | SAFESWC... | SWITCHING & TAGGING | F | 1.00 | MRIEMAN | 5/7/1999 |
| 11/9/1998 | SAFECPR101 | CPR CERTIFICATION (RECERTIF... | F | 4.00 | GDAVIS | 11/9/1998 |
| 7/1/1998 | CUSTYER001 | YOUR EXPANDING ROLE | F | 3.00 | MRIEMAN | 7/6/1998 |
| 6/9/1998 | SAFEFSTAID | FIRST AID | F | 3.00 | GDAVIS | 11/9/1998 |
| 12/15/1997 | FINLHOD301 | CINERGY BUSINESS SENSE | F | 8.00 | SGULLETT | 12/17/1997 |
| 10/31/1996 | ENVROILSPL | OIL SPILL CLEANUP TRAINING | F | 1.00 | TBRADY | 7/22/1998 |

10/23/2002 page 2

CONFIDENTIAL
CIN046754

Date:        February 6, 2003

To:          Managers and Supervisors, Regulated Business Unit

From:        Jim O'Connor

Subject:     Seven Steps to a Safer Workplace Program, Weight Limitations

**CINERGY.**

Please find attached information about a compliance effort entitled, "Seven Steps to a Safer Workplace Program." The purpose of this communication and associated training is to further the Company's commitment to safety. The Company considers the safety of employees as a very serious responsibility and knows that employees feel the same.

We rely on tools, equipment, and vehicles such as ladders, aerial lifts, and platforms to gain access to various work areas. ANSI standards specify workload or weight restrictions for this equipment and OSHA references these standards in their regulations. To ensure compliance and to meet the qualifications required to perform our jobs, we need to make sure that our body weight, plus any tools carried do not exceed the limit set by the manufacturer for equipment used. Department management has set the maximum body weight for their employees taking into consideration the job being performed, equipment, tools, and vehicle to be used.

The attached information includes a copy of the "Seven Steps to a Safer Workplace" bulletin. If you have additional questions, please contact your safety specialist.

CONFIDENTIAL
CIN046755

# Safety & Body Weight Bulletin: Seven Steps to a Safer Workplace
February 6, 2003

Both the Company and employees have certain obligations they must meet in their employment relationship. One of the Company's obligations is to provide a safe and healthy workplace for its employees. One of the employee's basic obligations to the Company is to be ready, willing and able to work.

Employees are expected to comply with the maximum body weight limitations in order to be qualified to safely perform the essential functions of their job. Employees may not exceed the maximum body weight limitations to safely use the tools, equipment, or vehicles required to perform their job. The following protocol applies to address this fitness-for-duty issue:

## STEP ONE: Establishing Safe Body Weight

Department management sets the maximum body weight for employees, taking into consideration the job being performed, equipment, tools, and vehicle to be used, and any applicable safety regulations.

> Example: Much of the Company's equipment, including but not limited to ladders, platforms, safety harnesses, and aerial lifts, carry a 300-pound weight restriction. Employees using this equipment must ensure that their body weight in proper work attire, plus any necessary tools and personal protective equipment (PPE), does not exceed the limit[1] established for each department/area.

## STEP TWO: Employee Compliance/Training Methodology

Annual employee training will be conducted regarding expectations of the weight program.. Employees in identified classifications will be given an acknowledgement form to sign stating that they have received this information and will be weighed by a Company representative. In addition, management shall attempt to identify employees who may exceed the maximum safe body weight limitations by reviewing relevant company documentation (including any DOT bi-annual physical examination) and by firsthand observation.

If the Company determines that an employee exceeds the permitted maximum body weight, the employee may temporarily be placed on restricted duty (if available) for safety purposes. Local department practice and any relevant union agreements will govern the employee's rights and responsibilities while on transitional duty. If transitional duty is not available, the employee will be removed from normal duties without pay.

Meetings with identified non-compliant employees shall be held on an individual basis to explain the reason to address the employee's body weight.

## STEP THREE: Physician Evaluation

The employee's treating physician shall evaluate the employee at the employee's cost to determine a reasonable rate at which the employee should be able to lose weight per week or month. The employee must provide documentation from their treating physician to the Company regarding this medical evaluation within three weeks of being informed that they need to do so. The documentation must include a goal date which includes a reasonable rate of weight loss. Any special circumstances arising from the medical evaluation which needs to be reviewed by a company appointed medical professional with proper medical release.

---

[1] Obesity does not entitle employees to a reasonable accommodation under the Americans with Disabilities Act in the absence of special circumstances. Under no circumstances is an employee regarded as disabled merely for participating in this safety program in the absence of special circumstances.

CONFIDENTIAL
CIN046756

The Company reserves the right to arrange and pay for an independent medical opinion. The Company further reserves the right to rely on the independent medical examination to determine the reasonable rate of weight loss.

## STEP FOUR: Communication

A meeting shall be held with the employee and, if requested, their union representative to confirm the date on which the employee shall meet their weight loss goal and be in compliance with the Company's maximum body weight limitation for safely performing their job. Following the meeting, management will document this process in a letter written to the employee.

## STEP FIVE: Weight Loss Monitoring

A Company representative shall weigh a identified employee on a monthly basis to monitor the employee's progress through the date on which the employee is required to be in compliance with the maximum body weight limitation. Disciplinary action, up to and including discharge, may be imposed if the employee fails to demonstrate progress toward meeting the employee's required rate of weight loss, or if the employee is unsuccessful in reaching the required maximum body weight by the goal date.

Depending on union status, additional responsive action may include, but is not limited to, ineligibility for scheduled or unscheduled overtime and demotion to a lower classification and pay rate without duties involving equipment with a maximum weight limit. If an employee engages in conduct that attempts to manipulate or compromise the Company's monitoring of the employee's weight loss progress or fails to cooperate with the monitoring, disciplinary action, which may include immediate discharge, will be imposed.

## STEP SIX: Post-Compliance Period

During a six-month post-compliance period, a Company representative shall weigh the employee periodically. If, during the post-compliance period, the employee's body weight exceeds the maximum weight limitation at any two weigh-ins, additional disciplinary action may be imposed, up to and including discharge.

Once the employee meets their weight loss goal and is in compliance with the maximum body weight limitation, the employee may resume their regular job functions for as long as they continue to maintain compliance.

## STEP SEVEN: Annual Compliance Check

If the employee demonstrates consistent adherence to the maximum weight limitation during the post-compliance period, the employee shall no longer be subject to additional periodic weigh-ins and will return to the annual weigh-in schedule. Any subsequent non-compliance with the applicable maximum body weight shall subject the employee to further discipline, up to and including discharge.

The Company considers the safety of employees as a very serious responsibility, and expects employees to do the same. The purpose of this protocol is to further the Company's commitment to safety. As in all cases, management will work to treat substantially similarly situated individuals in the same manner. When individuals have different jobs and/or there are other distinguishing circumstances, those factors must be carefully considered on their own merits so that the appropriate course of action can be pursued.

RBU HR

CONFIDENTIAL
CIN046757