IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | Case No.  C-01-378 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | |
| | : | SUPPLEMENTAL |
| CINERGY CORP. | : | AFFIDAVIT OF BERNADETTE |
| | : | REINHARD |
| Defendant. | : | |

STATE OF OHIO               )
                                       )ss.
COUNTY OF HAMILTON    )

Comes now affiant, Bernadette Reinhard, after being duly cautioned and sworn, states as follows:

1.    That I have been employed with by Cinergy Services, Inc. since 1996 in the positions of Associate Staffing Consultant, Staffing Consultant and am presently employed as Lead Staffing Consultant effective March 1, 2001.

2.    That my job responsibilities in these positions have included and include assisting various departments in the hiring process including, but not limited to, scheduling, screening resumes, interviewing, testing of applicants and consultation with the hiring managers.

3.    That I have reviewed and am familiar with the Targeted Selection process and materials for the Lineperson Apprentice Program and the process and

111947

materials relating to the Lineperson "C" Assessment Process and have reviewed the results of the Lineperson "C" Assessment Process as it relates to Rodney Jones.

4.      That the Lineperson "C" position is the first in a sequence of Lineperson positions and  The Cincinnati Gas & Electric Company ("CG&E") fills the jobs with the most qualified candidates.

5.      That an applicant for a Lineperson "C" position must qualify through a series of tests for the position and it is not a position that any employee automatically receives based upon his or her current years of service with CG&E.

6.      That the Lineperson "C" position is posted approximately 3-4 times per year. Resumes and applications are accepted from both existing CG&E employees, and external applicants.

7.      That a limited number of applicants are classified as "candidates" and invited to participate in the initial assessments.

8.      That all candidates must first pass a "Manual Battery" written test.  Once a candidate has passed this test, it need not be re-taken in subsequent Assessment Processes.

9.      That candidates who have passed the "Manual Battery" test are invited to participate in the "Apprentice Lineworker Simulation" (hereafter "Field Assessment") which measures their "on the job" competencies.

10.     That candidates who demonstrate minimally acceptable performance on the Field Assessment are subsequently interviewed.  The interviews are structured.  The scores from the Field Assessment and the interview are weighted equally.  The average is taken to determine the candidate's final score.

111947

11.    That one component of the Field Assessment, however, is known as the "Working at Heights" component. Any candidate who fails the "Working at Heights" portion of the Field Assessment is automatically disqualified from section in the Hiring Assessment, regardless of the candidate's performance otherwise.

12.    That the Lineperson "C" Assessment Process is fully validated in accordance with EEOC guidelines.

13.    That 329 applicants applied for the August 1997 Assessment, Job Posting 97-223.

14.    That thirteen (13) candidates were hired in the August 1997 Assessment, Job Posting 97-223.

15.    That 63 applicants applied for the August 1998 Assessment, Job Posting 98-196.

16.    That twelve (12) candidates were hired in the August 1998 Assessment, Job Posting 98-196.

17.    That 159 applicants applied for the February, 1999 Lineperson "C" Assessment, Job Posting 98-404.

18.    That six (6) candidates were hired in the February, 1999 Lineperson "C" Assessment, Job Posting 98-404 and the successful candidates' scores ranged from 93.3 to 76.

19.    That Jones scored a 61 and twelve (12) candidates who were not hired scored higher than Jones and that Exhibit "A" is a true and accurate copy of the scores of the hired candidates and of Rodney Jones for the February, 1999 Lineperson "C" Assessment, Job Posting 98-404.

20.    That Martin scored a 60 and fourteen (14) candidates who were not hired scored higher than Martin in a "Pass" or "High Pass" score.

21.    That even if Martin had not received an automatic failure as a result of failing the Working at Heights Exercise, his score was substantially below the lowest scored of a hired candidate.

22.    That 167 applicants applied for the April, 1999 Lineperson "C" Assessment, Job Posting 99-115.

23.    That five (5) candidates were hired in the April, 1999 Lineperson "C" Assessment, Job Posting 99-115 and the successful candidates' scores ranged from 94.2 to 72.8.

24.    That Rodney Jones scored 63.3 and nine candidates who were not hired scored higher than Jones and that Exhibit "B" is a true and accurate copy of the scores of the hired candidates and of Rodney Jones for the April, 1999 Lineperson "C" Assessment, Job Posting 99-115.

25.    That 188 applicants applied for the August, 1999 Lineperson "C" Assessment, Job Posting 99-250.

26.    That twelve (12) candidates were hired in the August, 1999 Lineperson "C" Assessment, Job Posting 99-250 and the successful candidates' scores ranged from 85.0 to 72.8.

27.    That Rodney Jones scored 61.7 and eighteen candidates who were not hired scored higher than Rodney Jones and that Exhibit "C" is a true and accurate copy of the scores of the hired candidates and of Rodney Jones for the August, 1999 Lineperson "C" Assessment, Job Posting 99-250.

28.    That 276 applicants applied for the January 2000 Assessment, Job Posting 99-494.

29.    That eight (8) candidates were hired in the January 2000 Assessment, Job Posting 99-494 and the successful candidates' scores ranged from 92.1 to 70.

30.    That Rodney Jones scored 66.3 and five candidates who were not hired scored higher than Rodney Jones and that Exhibit "D" is a true and accurate copy of the scores of the hired candidates and of Rodney Jones for the January 2000 Assessment, Job Posting 99-494.

31.    That 268 applicants applied for the April 2000 Assessment, Job Posting 00-83.

32.    That eight (8) candidates were hired in the April 2000 Assessment, Job Posting 00-83 and the successful candidates' scores ranged from 85.4 to 77.0.

33.    That Rodney Jones scored 74.1 and four candidates who were not hired scored higher than Rodney Jones and that Exhibit "E" is a true and accurate copy of the scores of the hired candidates and of Rodney Jones for the April 2000 Assessment, Job Posting 00-83.

34.    That I have first-hand knowledge of the above facts.

FURTHER AFFIANT SAYETH NAUGHT.

_Bernadette Reinhard_

## NOTARY OF PUBLIC

Sworn to and subscribed in my presence this 30th day of July, 2003.

JILL T. O'SHEA, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION
DATE. SECTION 147.03 O.R.C.

_Jill T. O'Shea_
Notary Public

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served via hand-delivery this 1st day of August, 2003 to:

> Paul H. Tobias
> David D. Kammer
> TOBIAS, KRAUS & TORCHIA, LLP
> 414 Walnut Street
> Suite 911
> Cincinnati, OH  45202

I certify that a copy of the foregoing pleading was served via overnight mail this 1st day of August, 2003 to:

> David W. Sanford
> Eric Bachman
> Charles Dixon
> Gordon, Silberman, Wiggins & Childs, P.C.
> 7 DuPont Circle, N.W.
> Suite 200
> Washington, D.C.  20036

I certify that a copy of the foregoing pleading was served via regular mail this 1st day of August, 2003 to:

> Grant E. Morris
> Law Offices of Grant E. Morris
> 7 DuPont Circle, N.W.
> Suite 250
> Washington, D.C.  20036

Jill T. O'Shea

111947

Sheet1

| NAME | FIELD | INTERVIEW | TOTAL | AVERAGE | COMPENTENCIES FIELD | FIELD | INTERVIEW |
|------|-------|-----------|-------|---------|--------|-------|-----------|
| JOE GRAHAM | 64 LP | 69 LP | 133 | 66.5 | OK ✓ 2-17 | | |
| JERRY SHAFFER | 88 P | 73.6 P | 161.6 | 80.8 | | | |
| JASON SEITER | 70.4 P | 67 LP | 137.4 | 68.7 | OK ✓ 2-18 | | |
| STEVE BROOME | 65 LP | 64 LP | 129 | 64.5 | OK ✓ 2-16 | | |
| MATT BROWN | 82.4 P | 71 P | 153.4 | 76.7 | OK Work Ethic lower than K Stith | | |
| SHANE DONOVAN | 96.6 HP | 76 P | 172.6 | 86.3 | | | |
| JEREMY BARBOUR | 95 HP | 91.6 HP | 186.6 | 93.3 | | | |
| CHARLES CARTER | 69 LP | 67.2 LP | 136.2 | 68.1 | OK ✓ 2-16 | | |
| MARK MCCANE | 72 P | 68 LP | 140 | 70 | OK ✓ 2-9 | | |
| AL SHORT | 76.6 P | 73 P | 149.6 | 74.8 | OK ✓ 2-11 | | |
| ART HEBER | 57 LP | 63.6 LP | 120.6 | 60.3 | OK ✓ 2-10 | | |
| JASON CARNAHAN | 64.8 LP | 65.6 LP | 130.4 | 65.2 | ✓ OK 2-11 | | |
| JOHN KOHL | 89.6 P | 62 LP | 151.6 | 75.8 | ✓ OK 2-15 | | |
| CHRIS MCMILLAN | 66.8 LP | 62 LP | 128.8 | 64.4 | ✓ OK 2-15 | | |
| KEVIN STITH | 84 P | 68 LP | 152 | 76 | | | |
| RODNEY JONES | 58.4 LP | 63.6 LP | 122 | 61 | ✓ OK 2-11 | | |
| RON HAZENFIELD | 73.2 P | 80 P | 153.2 | 76.6 | ✓ OK 2-9 | | |
| CRAIG GOOD | 89.2 P | 74.6 P | 163.8 | 81.9 | | | |
| JASON BURKLE | 55.8 LP | 64 LP | 119.8 | 59.9 | OK ✓ 2-10 | | |
| MIKE MILLER | 78.6 P | 78.6 P | 157.2 | 78.6 | | | |
| ROBERT POPE | 67 LP | 50.6 LP | 117.6 | 58.8 | ✓ OK 2-15 | | |
| JIM HARRELL | 55.2 LP | 60 LP | 115.2 | 57.6 | ✓ OK 2-11 | | |
| SCOTT SIMS | 74.4 P | 65.6 LP | 140 | 70 | ✓ OK 2-16 | | |

Backups

CONFIDENTIAL
CIN011421

Jerry Schaffer

Kevin Stith

Shane Donovan

Craig Good

Mike Miller

Page 1

Sheet1

| | | | | | |
|---|---|---|---|---|---|
| A | ANDREW GRINER | 42.8 (Fail) | | | |
| | | | | | |
| A | CHRIS BALSER | 49.4 (Fail) | | | |
| | | | | | |
| ✓ | JON HOLMES | 40.6 (Fail) | | | |
| | | | | | |
| ✓ | ANTHONY MARTIN | 60 (Fail) | | | |
| | | | | | |
| A | BENNIE MCCLANAHAN | 51.4 (Fail) | | | |

CONFIDENTIAL
CIN011422

| NAME | FIELD | INTERVIEW | TOTAL | AVERAGE |
|---|---|---|---|---|
| Matt Brown | 89.8 | 74.6 | 164.4 | 82.2 |
| Thomas Jones | 72.0 | 54.6 | 126.6 | 63.3 |
| Stephen Jackson | 83.4 | 68.6 | 152 | 76 |
| Keith Chavies | 46.2 | — | 46.2 | 23.1 |
| Thong Vongsy | 67.8 | 71.2 | 139 | 69.5 |
| Greg McKee | 68.2 | 56.6 | 124.8 | 62.4 |
| Ronald Simpson | 61.2 | 89.6 | 150.8 | 25.4 |
| Mark McCane | 71.2 | 83.6 | 154.8 | 77.4 |
| Katherine Messer | 73 | 72.6 | 145.6 | 72.8 |
| Randy Carr | 47.4 | — | 47.4 | 23.7 |
| Jeremy Roberts | 76.8 | 65.2 | 142 | 71 |
| Rodney Jones | 71.0 | 52.4 | 123.4 | 61.7 |
| Jason Mitchell | 89.2 | 81.6 | 170.8 | 85.4 |
| Tony Markus | 54.8 | — | 54.8 | 27.4 |
| Joe Zorb | 68.8 | 38.6 | 107.4 | 53.7 |
| John Schulte | 84.2 | 72.4 | 152.6 | 78.8 |
| Daniel Helm | 72.2 | 67.6 | 139.8 | 69.9 |
| Thomas Padgett | 64 | 67.6 | 131.6 | 65.8 |
| Kyle McMahan | 93.8 | 94.6 | 188 | 94.2 |
| Kirby Rothenbuerger | 66.2 | 65.4 | 131.6 | 65.8 |
| Charles Chater | 90.6 | 79 | 169.6 | 84.8 |

4

CONFIDENTIAL
CIN016634

Exhibit "C"
Page 1 of 2
8/14/99

# LEADS III -- East
# Final Scores

| | Name | Field | Interview | Total | Comments | Gender/Race |
|---|---|---|---|---|---|---|
| ✓ | Gary Robbins | 95.2 | 76.6 | 85.9 | | M/W |
| ✓ | Jason Carnahan | 89.6 | 77.2 | 83.4 | | M/W |
| ✓ | Shawn Akers | 76.8 | 89.4 | 83.1 | | M/W |
| ✓ | Jason Frazier | 91.4 | 72.4 | 81.9 | | M/W |
| ✓ | Jason Seiter | 88.2 | 75 | 81.6 | | M/W |
| ✓ | Mike Reinhard | 87.4 | 72 | 79.7 | | M/W |
| ✓ | Tim Delph | 81 | 75.4 | 78.2 | | M/W |
| X | Mark McCane | 71.2 | 83.6 | 77.4 | Previous Candidate | M/W |
| ✓ | Joseph Julick | 82.8 | 69.2 | 76 | | M/W |
| ✓ | Stephen Jackson | 83.4 | 68.6 | 76 | Previous Candidate | M/W |
| | Ronald Simpson | 61.2 | 89.6 | 75.4 | Previous Candidate | M/W |
| ✓ | Michael Kunstman | 77 | 71.4 | 74.2 | | M/W |
| ✓ | Tom Heintzman | 75.4 | 72.4 | 73.9 | | M/W |
| X | Todd French | 69.4 | 76.2 | 72.8 | | M/W |
| | Jim Zappa | 80.6 | 65 | 72.8 | | M/W |
| X | Ron Meranda | 71.4 | 71.6 | 71.5 | | M/W |
| N | Jeremy Roberts | 76.8 | 65.2 | 71 | Previous Candidate | M/W |
| | Daniel Helm | 72.2 | 67.6 | 69.9 | Previous Candidate | M/W |
| X | Thong Vongsy | 67.8 | 71.2 | 69.5 | Previous Candidate | M/W |
| X | Brian Blair | 68.4 | 70.2 | 69.3 | | M/W |
| X | Tim Lantry | 76.4 | 60 | 68.2 | | M/W |
| X | Matt Hinkel | 72.8 | 63.6 | 68.2 | | M/W |
| | Kirby Rothenbuerger | 66.2 | 65.4 | 65.8 | Previous Candidate | M/W |
| N | Thomas Padgett | 64 | 67.6 | 65.8 | Previous Candidate | M/W |
| X | Damon Meister | 71 | 60 | 65.5 | | M/W |
| | Robert Pope | 70.8 | 59.2 | 65 | | M/W |
| X | Terrance Hanks | 61.4 | 67.6 | 64.5 | | M/B |
| N | Thomas Jones | 72 | 54.6 | 63.3 | Previous Candidate | M/W |
| N | Greg McKee | 68.2 | 56.6 | 62.4 | Previous Candidate | M/W |
| X | Robert Hill | 64.4 | 60 | 62.2 | | M/W |
| N | Rodney Jones | 71 | 52.4 | 61.7 | Previous Candidate | M/B |
| X | Danny Trowbridge | 76 | 47 | 61.5 | | M/W |
| ✓ | Joseph Zorb | 68.8 | 38.6 | 53.7 | Previous Candidate | M/W |
| N | Brandon Parker | 57.8 | 0 | 28.9 | | M/W |
| N | Jeffrey Young | 56.4 | 0 | 28.2 | | M/W |
| N | Daniel Knotts | 56 | 0 | 28 | | M/W |
| N | Rick Stottlemyer | 54.6 | 0 | 27.3 | | M/W |
| N | Chris Mulberry | 52.5 | 0 | 26.25 | | M/W |
| N | Jeff Weckbach | 49.4 | 0 | 24.7 | | M/W |
| N | Matthew Hammond | 48.6 | 0 | 24.3 | | M/W |
| N | John David | 43.8 | 0 | 21.9 | | M/B |
| N | Mike Heck | 42.7 | 0 | 21.35 | | M/W |

✓ = hired

X = contacted re. non-successful

N = No Need to contact

CONFIDENTIAL
CIN023031

Exhibit "C"
Page 2 of 2

# LEADS III -- East
## Final Scores

8/14/99

| Matt Bertram | 41 | 0 | 20.5 | | M/W |
|---|---|---|---|---|---|
| Trenton Shuttlesworth | 0 | 0 | 0 | Failed Heights | M/B |
| Ronald Harrison | 0 | 0 | 0 | Failed Heights | M/W |
| John Blom | 0 | 0 | 0 | Failed Heights | M/W |
| Kent Scott | 0 | 0 | 0 | Failed Heights | M/W |
| David McDonald | 0 | 0 | 0 | Failed Heights | M/W |
| Charlie Wilson | 0 | 0 | 0 | Quit Assessment | M/W |
| Kelly Ravakhah | 0 | 0 | 0 | No Show Assmt | F/B |
| Sebastian Edwards | 0 | 0 | 0 | Failed Heights | M/B |

CONFIDENTIAL
CIN023032

Most important – Ethics
Heights
Climbing

## YEAR 2000
## LEADS I – EAST
### Final Scores

| Name | Field | Interview | Score Total | Total Average |
|---|---|---|---|---|
| Matt Bertram | 82.4 | 60 | 142.40 | 71.2 |
| Daniel Helm ALT (1) | 67.6 | 70.6 | 138.2 | 69.1 |
| Rodney Jones | 70.6 | 62 | 132.6 | 66.3 |
| Stephen Reis | 68 | 63.6 | 131.6 | 65.8 |
| Brian Cox | 98.6 | 78.6 | 177.2 | 88.6 |
| Brian Schultz | 87.6 | 69 | 156.6 | 78.3 |
| Kirby Rothenbureger | 71.4 | 61.6 | 133 | 66.5 |
| Donald Robinson | 57.4 (Failure) | ---------- | 57.4 | 28.7 |
| Shawn Hansen | 66.6 | 60 | 126.6 | 63.3 |
| Tony Markus | 68.4 | 60 | 128.4 | 64.2 |
| Jeff Bamforth | 77.8 | 78.6 | 156.4 | 78.2 |
| Kenneth Cross | Failed Heights | ---------- | | |
| James Feltner | 52.8 (Failure) | ---------- | 52.8 | 26.4 |
| Jason Buerkle | 65.6 | 58 | 123.6 | 61.8 |
| Luke Cox | 64 | 60 | 124 | 62 |
| Kris Brunner | Failed Heights | ---------- | | |
| Brian Frazier | 52.8 (Failure) | ---------- | 52.8 | 26.4 |
| Brian Jackson | 56.8 (Failure) | ---------- | 56.8 | 28.4 |
| Thong Vongsy | 70.8 | 58 | 128.8 | 64.4 |
| Donald Bolser | 68 | 54.6 | 122.6 | 61.3 |
| Charles Bryan | 49.2 (Failure) | ---------- | 49.2 | 24.6 |
| N. Scott Plummer | 46.2 (Failure) | ---------- | 46.2 | 23.1 |
| Timothy Carter | 70.6 | 30.4 | 101 | 50.5 |
| Larry Massey | 70 | 65 | 135 | 67.5 |
| Wayne Jordan | 65.2 | 60 | 125.20 | 62.6 |
| Steve Beplet | 71.4 | 68.6 | 140 | 70 |
| Michael Reilmann | 56.6 (Failure) | ---------- | 56.6 | 28.3 |
| David Wright | 57.8 (Failure) | ---------- | 57.8 | 28.9 |
| R. Scott Clark | 70.2 | 45.4 | 115.6 | 57.8 |
| Paul Dennis ALT (2) | 74.4 | 60 | 134.4 | 67.2 |
| Christian Schaffer | 79.4 | 72.6 | 152 | 76 |
| Joe Williams | 80.8 | 64 | 144.8 | 72.4 |
| Doug Wunder | 56 (Failure) | ---------- | 56 | 28 |
| Rodney Karr | 93.8 | 90.4 | 184.2 | 92.1 |
| John Hater | 64 | 59.8 | 123.8 | 61.9 |
| Phil Eads | 85.8 | 69.6 | 155.4 | 77.7 |
| Brian Ward | 42 (Failure) | ---------- | 42 | 21 |
| Andrew Steffen | 50.8 (Failure) | ---------- | 50.8 | 25.4 |
| Richard Harrison | Failed Heights | ---------- | | |
| John McWilliams | 65.2 | 60 | 125.2 | 62.6 |
| Mark McCane | 67.4 | 54.8 | 122.2 | 61.1 |
| Christopher Olding | No Show | N/A | N/A | N/A |
| Richard Cerro | No Show | N/A | N/A | N/A |

Y2a Accepts
Y4a Accepts
Y2a Accepts
Y2o Accepts
Y2o Accepts
½o Accepts

41

HP = 2 ;  P = 12 ;  LP = 12 ;  F = 1

14 Failed Assessments
2 No-Shows

CONFIDENTIAL
CIN029113

# Year 2000
# LEADS II – Cinergy East

## Final Scores

| Name | Field | Interview | Score Total | Total Average |
|---|---|---|---|---|
| Rodney Jones | 82.6 | 65.6 | 148.2 | 74.1 |
| Thong Vongsy | 88 | 60.6 | 148.6 | 74.3 |
| David Wright | 71 | 67.2 | 138.2 | 69.1 |
| Al Short | 75.6 | 69.2 | 144.8 | 72.4 |
| Patrick Allen | 52.8 (Failure) | ------------ | 52.8 | 26.4 |
| Mark Tischner | 67.8 | 62 | 129.8 | 64.9 |
| Paul Dennis | 88 | 71 | 159 | 79.5 |
| Kelly Craddock | 74.4 | 69 | 143.4 | 71.7 |
| Christopher Geiman | 83.8 | 81.8 | 165.6 | 82.8 |
| Jeremy Roberts | 87.2 | 65.6 | 152.8 | 76.4 |
| Marcus Greer | Failed Heights | ------------ | | |
| Mitchell Hall | Failed Heights | ------------ | | |
| Thomas Ball | 71 | 71 | 142 | 71 |
| Craig Rittinger | 69.8 | 61.4 | 131.2 | 65.6 |
| Ben Krutzkamp | 76.6 | 71 | 147.6 | 73.8 |
| Danny Trowbridge | 84.2 | 58.6 | 142.8 | 71.4 |
| Tony Markus | 87.2 | 67.2 | 154.4 | 77.2 |
| William Boyd | 58.4 (Failure) | ------------ | 58.4 | 29.2 |
| David Britton | 60 | 80.2 | 140.2 | 70.1 |
| Steve Spurlock | 50.6 (Failure) | ------------ | 50.6 | 25.3 |
| Joshua Gooding | 76.4 | 60.4 | 136.8 | 68.4 |
| Mark McCane | 82.8 | 66.2 | 149 | 74.5 |
| Kenneth Burcham | 57.2 (Failure) | ------------ | 57.2 | 28.6 |
| Lonnie Lacy | 86.8 | 84 | 170.8 | 85.4 |
| Christopher Adrian | 43.6 (Failure) | ------------ | 43.6 | 21.8 |
| Al Push | 70.2 | 58.6 | 128.8 | 64.4 |
| Kirby Rothenbuerger | 89.4 | 74 | 163.4 | 81.7 |
| Jerry Sheridan | 64.6 | 64 | 128.6 | 64.3 |
| Mitchell Lacey | 79.4 | 53 | 132.4 | 66.2 |
| William Schneider | 55.2 (Failure) | ------------ | 55.2 | 27.6 |
| William Kaufman | 62.2 | 66.6 | 128.8 | 64.4 |
| Donald Brown | 91.8 | 65.2 | 157 | 78.5 |
| Daniel Kuchenmeister | 40.4 (Failure) | ------------ | 40.4 | 20.2 |
| David Whitford | 81 | 80 | 161 | 80.5 |
| Brian Sharpshair | 77.4 | 48 | 125.4 | 62.7 |
| Gary Duncan | 51.8 (Failure) | ------------ | 51.8 | 25.9 |
| Rusty Carmack | 74.8 | 65 | 139.8 | 69.9 |
| Lee Schweickart | Failed Heights | ------------ | | |
| Keith Jester | 77.2 | 78.6 | 155.8 | 77.9 |
| Jason Stapleton | 60.4 | 36.4 | 96.8 | 48.4 |

CONFIDENTIAL
CIN035170

**Year 2000**
**LEADS II – Cinergy East**

**Final Scores**
**(Continued)**

| Name | Field | Interview | Score Total | Total Average |
|---|---|---|---|---|
| | | | | |
| Gary Bezold | 61.4 | 74.6 | 136 | 68 |
| Jason Allen | 62.2 | 62 | 124.2 | 62.1 |
| Edward Petrey | 73.4 | 59.6 | 133 | 66.5 |
| Nicholas Hisle | 68.2 | 61.4 | 129.6 | 64.8 |
| Joseph Garcia | 89 | 74 | 163 | 81.5 |
| James Tieves | 73 | 52.4 | 125.4 | 62.7 |
| Kimball Holmes | 69.4 | 62 | 131.4 | 65.7 |
| Stefan Allen | 39 (Failure) | ------------ | 39 | 19.5 |
| Greg Sandfoss | 54.2 (Failure) | ------------ | 54.2 | 27.1 |
| Russell Pheanis | 60 | 58 | 118 | 59 |

CONFIDENTIAL
CIN035171