IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | Case No. C-1-01-378 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | |
| | : | SUPPLEMENTAL |
| CINERGY CORP. | : | AFFIDAVIT OF JAY R. ALVARO, ESQ. |
| | : | RE: EEOC CHARGES |
| Defendant. | : | |
| | : | |

STATE OF OHIO          )
                                  )ss.
COUNTY OF HAMILTON    )

Comes now affiant, Jay R. Alvaro, Esq., after being duly cautioned and sworn, deposes and states as follows:

1.     That I am presently employed by Cinergy Services, Inc. in the position of Senior Counsel in the Legal Department.

2.     That as part of my responsibilities as Senior Counsel and previously Counsel in the Legal Department, I am involved in the review and handling of charges filed by employees with the Equal Employment Opportunity Commission ("EEOC") and in the preparation of EEOC responses.

3.     That on or about April 11, 2000, a Charge of Race Discrimination by Billy Brantley was signed and filed with assistance of counsel, William P. Whalen, and that Exhibit "A" is a true and accurate copy of same.

4.     That on or about August 29, 2000, an Amended Charge of Race Discrimination by Billy Brantley was signed and filed with assistance of counsel, William P. Whalen, and that Exhibit "B" is a true and accurate copy of same.

5.     That on or about December 19, 2000, a Request for Withdrawal of Charge Discrimination was signed and filed by Billy Brantley and that Exhibit "C" is a true and accurate copy of same.

6.     That on or about January 10, 2001, the EEOC issued a Withdrawal of Charge-Grant in response to Billy Brantley's request for a Right to Sue Letter and in order to pursue this matter in Federal Court and that Exhibit "D" is a true and accurate copy of same.

7.     That on or about March 13, 2001, the EEOC issued a Notice of Right to Sue as to Billy Brantley and noted "More than 180 days have passed since the filing of this charge" and "The EEOC is terminating its processing of this charge and that Exhibit "E" is a true and accurate copy of same.

8.     That on or about April 11, 2000, an original Dual Charge of Discrimination by Todd Tolbert was signed and filed with assistance of counsel, William P. Whalen, and that Exhibit "F" is a true and accurate copy of same.

9.     That on or about December 20, 2000, a Request for Withdrawal of Charge Discrimination was signed and filed by Todd Tolbert and that Exhibit "G" is a true and accurate copy of same.

10.     That on or about April 11, 2000, a second Dual Charge of Race Discrimination by Rodney V. Jones was signed and filed with assistance of counsel, William P. Whalen, and that Exhibit "H" is a true and accurate copy of same.

11.    That on or about August 29, 2000, an Amended Charge of Race Discrimination by Rodney V. Jones was signed and filed with assistance of counsel, William P. Whalen, and that Exhibit "I" is a true and accurate copy of same.

12.    That on or about December 18, 2000, a Request for Withdrawal of Charge Discrimination was signed and filed by Rodney V. Jones and that Exhibit "J" is a true and accurate copy of same.

13.    That on or about February 1, 2001, the EEOC issued a Withdrawal of Charge-Grant in response to Rodney V. Jones' request for a Right to Sue Letter and in order to pursue this matter in Federal Court and that Exhibit "K" is a true and accurate copy of same.

14.    That on or about March 13, 2001, the EEOC issued a Notice of Right to Sue and noted "More than 180 days have passed since the filing of this charge" and "The EEOC is terminating its processing of this charge and that Exhibit "L" is a true and accurate copy of same.

15.    That on or about April 11, 2000, a second Dual Charge of Race Discrimination by Anthony Martin was signed and filed with assistance of counsel, William P. Whalen, and that Exhibit "M" is a true and accurate copy of same.

16.    That on or about August 28, 2000, an Amended Charge of Race Discrimination by Anthony Martin was signed and filed with assistance of counsel, William P. Whalen, and that Exhibit "N" is a true and accurate copy of same.

17.    That on or about December 18, 2000, a Request for Withdrawal of Charge Discrimination was signed and filed by Anthony Martin and that Exhibit "O" is a true and accurate copy of same.

18.    That on or about February 1, 2001, the EEOC issued a Withdrawal of Charge-Grant in response to Anthony Martin's request for a Right to Sue Letter and in order to pursue this matter in Federal Court and that Exhibit "P" is a true and accurate copy of same.

19.    That I have firsthand knowledge of the above.

FURTHER AFFIANT SAYETH NAUGHT.

_____7/30/03_____                              _____Jay R. Alvaro_____
Dated                                                   Jay R. Alvaro

### NOTARY OF PUBLIC

Sworn to and subscribed in my presence this 30th day of July, 2003.

JILL T. O'SHEA, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION
DATE. SECTION 147.03 O.R.C.

_____Jill T. O'Shea_____
Notary Public

Respectfully submitted,

_____Jill T. O'Shea_____
Jill O'Shea (0034692)
CINERGY SERVICES, INC.
139 East Fourth St., Room 25 AT II
Cincinnati, Ohio 45201-0960
Telephone:  (513) 287-2062
Facsimile:  (513) 287-3810

*Attorney for Defendant*
*Cinergy Corp.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served via hand-delivery this 1st day of August, 2003 to:

> Paul H. Tobias
> David D. Kammer
> TOBIAS, KRAUS & TORCHIA, LLP
> 414 Walnut Street
> Suite 911
> Cincinnati, OH  45202

I certify that a copy of the foregoing pleading was served via overnight mail this 1st day of August 2003 to:

> David W. Sanford
> Eric Bachman
> Charles Dixon
> GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
> 7 DuPont Circle
> Suite 200
> Washington, D.C.  20036

I certify that a copy of the foregoing pleading was served via overnight mail this 1st day of August 2003 to:

> Grant E. Morris LAW OFFICES OF GRANT E. MORRIS
> 7 DuPont Circle
> Suite 250
> Washington, D.C.  20036

Jill T. O'Shea

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | [ ] FEPA<br>[ ] EEOC | 5051700 (28378) 051700,<br>2A A0 1851 |

OHIO CIVIL RIGHTS COMMISSION AND EEOC

Exhibit "A"

| NAME (INDICATE MR., MS., MRS.)<br>R. Billy Brantley | | HOME TELEPHONE (INCLUDE AREA CODE)<br>513 942-8242 |
|---|---|---|
| STREET ADDRESS<br>2853 Saturn Dr | CITY, STATE, ZIP CODE AND COUNTY<br>Fairfield OH 45014 | DATE OF BIRTH<br>9-29-66 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Cinergy | NUMBER OF EMPLOYEES | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| NAME | | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES))<br>[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN<br>[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] OTHER (SPECIFY) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)        LATEST (ALL)<br>[X] CONTINUOUS ACTION |
|---|---|

THE PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S): 1991 - 5-17-2000

Cinergy Gas & Electric Co., Inc., has consistently limited or blocked my ability to receive promotions. Cinergy's hiring and promotional policies have inhibited my ability to achieve promotions and/or employment.

The policies adopted by Cinergy have contributed negative items to my employee personnel jacket, and I am held to a different standard based solely on racial bias.

The racial prejudice by Cinergy has created a hostile atmosphere that inhibits my ability to work, and refuses my right to enjoy a healthy, thriving work environment.

CINCINNATI

MAY 17 2000 PM

| [X] I ALSO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURE. | NOTARY (WHEN NECESSARY FOR STATE AND LOCAL REQUIREMENTS) |
|---|---|
| | I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |
| I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. | SIGNATURE OF COMPLAINANT<br>Billy Brantley |
| 4/11/00<br>DATE          CHARGING PARTY SIGNATURE<br>Billy Brantley | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(DAY, MONTH, YEAR)<br>11-4-00 |

# CHARGE OF DISCRIMINATION

...rm is affected by the Privacy Act of 1974; See Privacy Act Statem... ...efore completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | 75051700 (28378) 051700, |
| ☒ EEOC | 22A A0 1851 AMENDED |

**OHIO CIVIL RIGHTS COMMISSION AND EEOC**
State or Local Agency, if any

Exhibit "B"
Page 1 of 2

| ...E (INDICATE MR., MS, MRS.) | HOME TELEPHONE (INCLUDE AREA CODE) |
|---|---|
| ...y Brantley | 513-942-8242 |

| ...ET ADDRESS | CITY, STATE, ZIP CODE, AND COUNTY | DATE OF BIRTH |
|---|---|---|
| ...53 Saturn Drive | Fairfield, OH 45014 | 9-29-66 |

...ED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO ...RIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW.)

| ...e | NUMBER OF EMPLOYEES | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| ...nergy Corp. | +15 | 513-742-8609 |

| ...ET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| ... East Fourth Street  P O Box 960  Cincinnati, OH 45201-0960 | | Hamilton |

| ...e | | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| | | |

| ...ET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| ...USE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ...ACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ...ETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (SPECIFY) | EARLIEST(ADEA/EPA)   LATEST(ALL)<br>Prior to and on May 17, 2000 |

[ x ] CONTINUING ACTION

...PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S):

...n a Black male. I have taken the test for Lineman "A" several times.

I.   The percentage of Blacks that work for the company is far below the demographics for this area demonstrating the percentage of Blacks living in this area. The company's hiring and promotional policies adversely impact Black persons. In addition, to contributing to negative items in my employee personnel jacket. The company has created a hostile work atmosphere, and I am held to a different standard. Prior to and on May 17, 2000, I have been denied the Lineman "A" position.

II.  There is no reason for the disparate treatment.

III. I believe that I have been unlawfully discriminated against because of my race, Black for the following reasons:

a. Cinergy Corp. has consistently limited or blocked my ability to receive promotions. Hiring and promotional policies have inhibited my ability to achieve promotions and/or employment.

...ALSO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE THE AGENCIES IF I ...ANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH ...M IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURE.

...CLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

...TE 8/29/00       CHARGING PARTY SIGNATURE

NOTARY (When necessary for State and Local Requirements)

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

(DAY, MONTH, YEAR)
8/29/00

OHIO CIVIL RIGHTS COMMISSION

;E TWO OF TWO
, Brantley v. Cinergy Corp.
;1700 (28378) 051700, 22A A0 1851 AMENDED

b.  The policies adopted by Cinergy Corp. have contributed negative items to my employee personnel jacket, and I am held to a different standard based solely on racial bias.

c.  The racial prejudice by Cinergy has created a hostile atmosphere that inhibits my ability to work, and refuses my right to enjoy a healthy thriving work environment.

d.  I have trained a number of Caucasian men, who have passed the company's test.

e.  I have filled the Lineman "A" position several times on a temporary basis.  There are no Blacks in the supervisor position in this area.

_____        _____
;NATURE OF COMPLAINANT                   DATE  8/29/00

_____        _____
:.R.C. REPRESENTATIVE/NOTARY             DATE  7-29-00

# OHIO CIVIL RIGHTS COMMISSION
## AND
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## REQUEST FOR WITHDRAWAL OF CHARGE DISCRIMINATION

You have requested withdrawal of your dual-filed charge from the Ohio Civil Rights Commission (OCRC) and the Equal Employment Opportunity Commission (EEOC). In order to initiate such action, please furnish the information below. Since a request for withdrawal is subject to approval by both Commissions, your request will be considered and acted upon when received. Please note that both Commissions are still prepared to proceed with your case if you so desire.

75051700 (28378) 051700                     22A A0 1851 Amended
**OCRC CASE NUMBER**                          **EEOC CASE NUMBER**

Billy Brantley                              Cinergy Corp. and The
                                            Cincinnati Gas & Electric Company

**CHARGING PARTY**                            **RESPONDENT**

CHARGING PARTY  --  COMPLETE INFORMATION BELOW

I am aware that OCRC and EEOC protect my rights to file a charge and have been advised that it is unlawful for any person covered by ORC-4112 or the laws administered by EEOC to threaten, intimidate or harass me because I have filed a charge. I have not been coerced into requesting this withdrawal. I am requesting a Right to Sue Letter, upon the advise of my Attorney. I understand that this is the final resolution of this matter with the Commission.

_Billy Brantley_                            _12/19/00_
SIGNATURE                                   DATE

_____                            _____
WITNESS                                     OHIO CIVIL RIGHTS COMMISSION



Bob Taft
Governor

# Ohio Civil Rights Commission

*"Many Faces...One Cause"*

JAN 1 0 200

Mr. Billy Brantley
2853 Saturn Drive
Fairfield, OH 45014

Re: Billy Brantley v. Cinergy Corp. and The
    Cincinnati Gas & Electric Company
    75051700 (28378) 051700, 22A A0 1851
    Amended

Dear Mr. Brantley:

This letter serves to advise you that I am
submitting to the Commission a **Withdrawal of
Charge-Grant** recommendation based on the
following:

You are requesting a Right To Sue Letter in
order to pursue this matter in federal court

You will be notified of the Commission's action
on this case recommendation at a later date.

Thank you for your cooperation.  If there are
any additional questions, please contact the
undersigned at (513) 852-3344.

Sincerely,

Sharon R. Griffin
Civil Rights Representative
Cincinnati Regional Office

ENTRAL OFFICE
:11 E. Broad Street, Suite 301
olumbus, Ohio 43205-1379
14) 466-2785
TY (614) 466-9353
\X (614) 644-8776

KRON REGIONAL OFFICE
:ron Government Center
:1 S. High Street, Suite 205
:ron, Ohio 44308
30) 643-3100
:ice-TTY
\X (330) 643-3120

INCINNATI REGIONAL OFFICE
:oliday Park
:1-B W. 8th Street, 2nd Floor
:ncinnati, Ohio 45203
13) 852-3344
:ice-TTY
\X (513) 852-3357

LEVELAND REGIONAL OFFICE
:5 W. Superior Avenue, Suite 885
:eveland, Ohio 44113
16) 787-3150
:ice-TTY
\X (216) 787-4121

OLUMBUS REGIONAL OFFICE
:11 E. Broad Street, Suite 301
:lumbus, Ohio 43205-1379
14) 466-5928
:ice-TTY
\X (614) 466-6250

:AYTON REGIONAL OFFICE
: W. 4th Centre, Suite 1900
:yton, Ohio 45402-1831
37)285-6500
:ice-TTY
\X (937)285-6606

OLEDO REGIONAL OFFICE
:e Government Center
:kson & Erie Streets, Room 936
:ledo, Ohio 43604
19) 245-2900
:ice-TTY
\X (419) 245-2668

Exhibit "
Page   of
MAR 13 2001
CINERGY CORP.
LEGAL DEPT.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE

*( Issued on request )*

**To:** Billy Brantley
2853 SATURN DR.
FAIRFIELD, OH 45014

☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL*
*( 29 C.F.R. 1601.7(a) )*

**From:**
EQUAL EMPLOYMENT OPPORTUNITY COMM.
Equal Employment Opportunity Comm
1660 W 2nd St, Skylight Tower, #850
Cleveland, OH 44113-1412

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 22AA01851 | Legal Dept. Duty Officer | (216) 522-7445 |

( See the additional information attached to this form )

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue. It is issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

*Michael C. Fetzer /kcf*
Michael C. Fetzer, Director

MAR 13 2001
*(Date)*

**Enclosure(s)**

cc: Executive Officer
CINERGY CORP.
139 E. FOURDEN ST.
P.O.BOX 960
CINCINNATI, OH 45201-0960

**RESPONDENT COPY**

**INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --**    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
or the Age Discrimination in Employment Act (ADEA)**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day
period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult
an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or
her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner,
it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed to you* (as indicated where the
Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases
can be brought where relevant employment records are kept, where the employment would have been, or where the
respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk
of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy
decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment:
backpay due for violations that occurred more than **2 years (3 years)** before you file suit may not be collectible.
For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit
**before 7/1/98** -- *not* 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore,
if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be
filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having
jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance
must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in
detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period
mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have
any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need
to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and
provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all
charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to
review the charge file, please **make your review request within 6 months** of this Notice. (Before filing suit, any
request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Privacy Act Statement before completing this form.

OHIO CIVIL RIGHTS COMMISSION AND EEOC

Exhibit "F"
Page 1 of 3

| NAME (INDICATE MR., MS., MRS.) | | HOME TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| Mr. Todd Tolbert | | (513) 521-9844 |

| STREET ADDRESS | CITY, STATE, ZIP CODE AND COUNTY | DATE OF BIRTH |
|---|---|---|
| 8563 Daly RD #3 | Cinti OH 45231 | 12-15-67 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME | NUMBER OF EMPLOYEES | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| NAME | | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES))
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (SPECIFY)

DATE DISCRIMINATION TOOK PLACE
EARLIEST(ADEA/EPA)       LATEST (ALL)
[X] CONTINUOUS ACTION

THE PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S):    1994 - 5-17-2000

Cinergy Gas & Electric Co., Inc., has consistently limited or blocked my ability to receive promotions. Cinergy's hiring and promotional policies have inhibited my ability to achieve promotions and/or employment.

The policies adopted by Cinergy have contributed negative items to my employee personnel jacket, and I am held to a different standard based solely on racial bias.

The racial prejudice by Cinergy has created a hostile atmosphere that inhibits my ability to work, and refuses my right to enjoy a healthy, thriving work environment.

CINCINNATI
MAY 17 2000
7 8 9 10 11 12 1 2 3 4 5 6

| [X] I ALSO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURE. | NOTARY (WHEN NECESSARY FOR STATE AND LOCAL REQUIREMENTS) |
|---|---|
| | I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |
| I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. | SIGNATURE OF COMPLAINANT

Todd Tolbert

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (DAY/MONTH, YEAR) |
| DATE 4-11-00      CHARGING PARTY SIGNATURE | 4/10/00

WILLIAM P. WHELEN, JR., Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration date, Section 147.03 R. C. |

| | |
|---|---|
| **Todd Tolbert** <br> **V** <br> **Cinergy Gas & Electric Co.** | PERSON FILING CH/   £ <br> Todd Tolbert    Exhibit "F" <br> Page 2 of 3 |

**PERSON FILING CH/   £**
Todd Tolbert

**Exhibit "F"**
**Page 2 of 3**

**THIS PERSON** *(✓check one)*

☒ CLAIMS TO BE AGGRIEVED

☐ IS FILING ON BEHALF OF ANOTHER

**DATE OF ALLEGED VIOLATION**

@

*Earliest 5/17/00*          *Most Recent*

**PLACE OF ALLEGED VIOLATION**
139 E. Fourth Street, Cincinnati, Ohio 45206
**22A AO 1850**

**EEOC CHARGE NUMBER**

**75051700 (28377) 051700**

**FEPA CHARGE NUMBER**

---

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTIONS WHERE AN FEP AGENCY WILL INITIALLY PROCESS
*( See EEOC "Rules and Regulations" for additional information)*

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

☒ Title VII of the Civil Rights Act of 1964          ☐ The Americans with Disabilities Act (ADA)

☐ The Age Discrimination in Employment Act of 1967 (ADEA)

HAS BEEN RECEIVED BY

☐ The EEOC and sent for initial processing to _____
                                                                                          *(FEP Agency)*

☒ The ___Ohio Civil Rights Commission ( OCRC)_____ and sent to the EEOC for dual filing purposes.
        *(FEP Agency)*

EEOC has jurisdiction after the expiration of any deferral requirement (Title VII or ADA charge) to investigate this charge. EEOC may refrain from beginning a investigation and await the issuance of OCRC's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are encouraged to cooperate fully with OCRC. All facts and evidence provided by you to OCRC in the course of its proceedings will be considered by EEOC when it reviews the OCRC's final findings and orders. In many instances, the EEOC will take no further action, thereby avoiding the necessity of an investigation b both agencies. This likelihood is increased by your active cooperation with OCRC.

☐ As a party to the charge, you may request that EEOC review the final decision and order of OCRC. For such a request to be honored, you must notify EEOC i writing within 15 days of your receipt of the OCRC's final decision and order. If OCRC terminates its proceedings without issuing a final finding and order, you w be contacted further by EEOC. Regardless of whether OCRC or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the "EEOC Rules and Regulations" apply.

*For further correspondence on this matter, please use the charge number(s) shown.*

☐ An Equal Pay Act Investigation [ 29 U.S.C. 206(d)] will be conducted by the EEOC concurrently with OCRC's investigation of the charge.

☒ Enclosure: Copy of Charge

**BASIS OF DISCRIMINATION**

☒ RACE     ☐ COLOR     ☐ SEX     ☐ RELIGION     ☐ NATIONAL ORIGIN     ☐ AGE     ☐ OTHER

☐ DISABILITY     ☐ RETALIATION

| DATE <br> 5/19/00 | TYPED NAME/TITLE OF AUTHORIZED OCRC OFFICIAL <br> ROGER LARISON, REGIONAL DIRECTOR | SIGNATURE |
|---|---|---|

## EEOC DUAL FILING NOTICE

The Ohio Civil Rights Commission (OCRC), an agency of the State of Ohio, and the Equal Employment Opportunity Commission (EEOC), an agency of the United States government, are cooperating to give charges of discrimination a rapid and complete investigation.

You are hereby notified that this charge of employment discrimination was filed under the following Federal statute:

☐  Age Discrimination Employment Act

☒  Title VII of the Civil Rights Act of 1964

☐  Title I of the Americans with Disabilities Act

The attached charge will be investigated by either the OCRC or the EEOC. When one agency completes its investigation, it will share the information it has gathered with the other agency. When the case is resolved it will be considered closed with both the EEOC and the OCRC and you will be notified of the actions taken.

The EEOC may be contacted at the following address:

Equal Employment Opportunity Commission
Tower City - Skylight Office Tower
1660 West Second Street, Suite 850
Cleveland, Ohio 44113-1454
(216) 522-2001

Exhibit "G"

## OHIO CIVIL RIGHTS COMMISSION
### AND
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### REQUEST FOR WITHDRAWAL OF CHARGE DISCRIMINATION

You have requested withdrawal of your dual-filed charge from the Ohio Civil Rights Commission (OCRC) and the Equal Employment Opportunity Commission (EEOC). In order to initiate such action, please furnish the information below. Since a request for withdrawal is subject to approval by both Commissions, your request will be considered and acted upon when received. Please note that both Commissions are still prepared to proceed with your case if you so desire.

75051700 (28377) 051700
**OCRC CASE NUMBER**

22A A0 1850 Amended
**EEOC CASE NUMBER**

Todd Tolbert

Cinergy Corp. and The
Cincinnati Gas & Electric Company

**CHARGING PARTY**

**RESPONDENT**

---

CHARGING PARTY   --   COMPLETE INFORMATION BELOW

I am aware that OCRC and EEOC protect my rights to file a charge and have been advised that it is unlawful for any person covered by ORC-4112 or the laws administered by EEOC to threaten, intimidate or harass me because I have filed a charge. I have not been coerced into requesting this withdrawal. I am requesting a Right to Sue Letter, upon the advise of my Attorney. I understand that this is the final resolution of this matter with the Commission.

12-20-00

**SIGNATURE**

**DATE**

**WITNESS**

**OHIO CIVIL RIGHTS COMMISSION**

OHIO CIVIL RIGHTS COMMISSION AND EEOC

Exhibit "H"
Page 1 of 3

| NAME (INDICATE MR., MS., MRS.) | HOME TELEPHONE (INCLUDE AREA CODE) |
|---|---|
| RODNEY V. JONES | (513) 742-8609 |

| STREET ADDRESS | CITY, STATE, ZIP CODE AND COUNTY *HAmilton* | DATE OF BIRTH |
|---|---|---|
| 11449 Lincolnshire Rd | Cinti, Ohio 45240 | 8/6/63 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME | NUMBER OF EMPLOYEES | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| NAME | TELEPHONE (INCLUDE AREA CODE) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES))
[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] OTHER (SPECIFY)

DATE DISCRIMINATION TOOK PLACE
EARLIEST(ADEA/EPA)      LATEST (ALL)
[X] CONTINUOUS ACTION

THE PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S):   *1994 - 5-17 - 2000*

Cinergy Gas & Electric Co., Inc., has consistently limited or blocked my ability to receive promotions. Cinergy's hiring and promotional policies have inhibited my ability to achieve promotions and/or employment.

The policies adopted by Cinergy have contributed negative items to my employee personnel jacket, and I am held to a different standard based solely on racial bias.

The racial prejudice by Cinergy has created a hostile atmosphere that inhibits my ability to work, and refuses my right to enjoy a healthy, thriving work environment.

| [X] I ALSO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURE. | NOTARY (WHEN NECESSARY FOR STATE AND LOCAL REQUIREMENTS) |
|---|---|
| | I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |
| I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. | SIGNATURE OF COMPLAINANT *Rodney V. Jones* |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (DAY/MONTH, YEAR) |
| DATE 4/11/00   CHARGING PARTY SIGNATURE | 4/11/00 |

NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date, Section 147.03 R. C.

| | |
|---|---|
| **Rodney V. Jones**<br>**V**<br>**Cinergy Gas & Electric Co.** | **PERSON FILING CHA**     :<br>Rodney V. Jones |

**THIS PERSON** *(✓check one)*

☒ CLAIMS TO BE AGGRIEVED

☐ IS FILING ON BEHALF OF ANOTHER

**DATE OF ALLEGED VIOLATION**

@

*Earliest 5/17/00*                    *Most Recent*

**PLACE OF ALLEGED VIOLATION**
139 E. Fourth Street, Cincinnati, Ohio 45206
**22A AO 1852**

**EEOC CHARGE NUMBER**

**75051700 (28379) 051700**

**FEPA CHARGE NUMBER**

---

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTIONS WHERE AN FEP AGENCY WILL INITIALLY PROCESS
*( See EEOC "Rules and Regulations" for additional information)*

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

☒ Title VII of the Civil Rights Act of 1964             ☐ The Americans with Disabilities Act (ADA)

☐ The Age Discrimination in Employment Act of 1967 (ADEA)

HAS BEEN RECEIVED BY

☐ The EEOC and sent for initial processing to _____
                                                                    *(FEP Agency)*

☒ The ___Ohio Civil Rights Commission ( OCRC)_____ and sent to the EEOC for dual filing purposes.
               *(FEP Agency)*

EEOC has jurisdiction after the expiration of any deferral requirement (Title VII or ADA charge) to investigate this charge. EEOC may refrain from beginning a investigation and await the issuance of OCRC's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are encouraged to cooperate fully with OCRC. All facts and evidence provided by you to OCRC in the course of its proceedings will be considered by EEOC when it reviews the OCRC's final findings and orders. In many instances, the EEOC will take no further action, thereby avoiding the necessity of an investigation b both agencies. This likelihood is increased by your active cooperation with OCRC.

☐ As a party to the charge, you may request that EEOC review the final decision and order of OCRC. For such a request to be honored, you must notify EEOC i writing within 15 days of your receipt of the OCRC's final decision and order. If OCRC terminates its proceedings without issuing a final finding and order, you w be contacted further by EEOC. Regardless of whether OCRC or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the "EEOC Rules and Regulations" apply.

*For further correspondence on this matter, please use the charge number(s) shown.*

☐ An Equal Pay Act Investigation [ 29 U.S.C. 206(d)] will be conducted by the EEOC concurrently with OCRC's investigation of the charge.

☒ Enclosure: Copy of Charge

**BASIS OF DISCRIMINATION**

☒ RACE     ☐ COLOR     ☐ SEX     ☐ RELIGION     ☐ NATIONAL ORIGIN     ☐ AGE     ☐ OTHER

☐ DISABILITY     ☐ RETALIATION

| DATE<br>5/19/00 | TYPED NAME/TITLE OF AUTHORIZED OCRC OFFICIAL<br>ROGER LARISON, REGIONAL DIRECTOR | SIGNATURE |
|---|---|---|

# OHIO CIVIL RIGHTS COMMISSION

## EEOC DUAL FILING NOTICE

The Ohio Civil Rights Commission (OCRC), an agency of the State of Ohio, and the Equal Employment Opportunity Commission (EEOC), an agency of the United States government, are cooperating to give charges of discrimination a rapid and complete investigation.

You are hereby notified that this charge of employment discrimination was filed under the following Federal statute:

- ☐ Age Discrimination Employment Act

- ☒ Title VII of the Civil Rights Act of 1964

- ☐ Title I of the Americans with Disabilities Act

The attached charge will be investigated by either the OCRC or the EEOC.  When one agency completes its investigation, it will share the information it has gathered with the other agency. When the case is resolved it will be considered closed with both the EEOC and the OCRC and you will be notified of the actions taken.

The EEOC may be contacted at the following address:

Equal Employment Opportunity Commission
Tower City - Skylight Office Tower
1660 West Second Street, Suite 850
Cleveland, Ohio 44113-1454
(216) 522-2001

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | 75062500 (28379) 051700, |
| ☒ EEOC | 22A A0 1852 AMENDED |

### OHIO CIVIL RIGHTS COMMISSION AND EEOC
State or Local Agency, if any

Exhibit "I"
Page 1 of 2

| NAME (INDICATE MR., MS, MRS.) | HOME TELEPHONE (INCLUDE AREA CODE) |
|---|---|
| Rodney V. Jones | 513-742-8609 |

| STREET ADDRESS | CITY, STATE, ZIP CODE, AND COUNTY | DATE OF BIRTH |
|---|---|---|
| 11449 Lincolnshire Rd.    Cincinnati, OH 45240 | | 8-6-63 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW.)

| NAME | NUMBER OF EMPLOYEES | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| Cinergy Corp | +15 | 513-287-2649 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 139 East Fourth Street  P O Box 960    Cincinnati, OH 45201-0960 | | Hamilton |

| NAME | TELEPHONE (INCLUDE AREA CODE) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

**CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES)**
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (SPECIFY)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)  LATEST (ALL)
Prior to and on June 23, 2000

[ X ] CONTINUING ACTION

THE PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S):

I am a Black Male. I have taken approximately seven (7) tests in order to qualify for a promotion.

I.    The percentage of Blacks that work for the company is far below the demographics for this area demonstrating the percentage of Blacks living in this area. The company's hiring and promotional policies adversely impact Black persons. In addition, to contributing to negative items in my employee personnel jacket. The company has created a hostile work atmosphere, and I am held to a different standard. Prior to and on June 23, 2000, I was denied a promotion for Lineperson C position.

II.   There is no reason for the disparate treatment.

III.  I believe that I have been unlawfully discriminated against because of my race for the following reasons:

a.   Cinergy Corp has consistently limited or blocked my ability to receive promotions. Hiring and promotional policies have inhibited my ability to achieve promotions and/or employment.

☒ I ALSO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURE.

NOTARY (When necessary for State and Local Requirements)

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(DAY, MONTH, YEAR)

8/29/00
DATE          CHARGING PARTY SIGNATURE

8/29/00
OHIO CIVIL RIGHTS COMMISSION

AGE TWO OF TWO
odney V. Jones v. Cinergy Corp.
5062300 (28379) 051700, 22A A0 1852 AMENDED

b. The policies adopted by Cinergy Corp. have contributed negative items to my employee personnel jacket, and I am held to a different standard based solely on racial bias.

c. The racial prejudice by Cinergy has created a hostile atmosphere that inhibits my ability to work, and refuses my right to enjoy a healthy thriving work environment.

d. The company posted the following: Lineperson C – March 10, 2000, Lineperson C - June 11, 1999, Lineperson C – December 4, 1998, and  Lineperson C – June 23, 2000.

_____        _____
GNATURE OF COMPLAINANT                       DATE

_____        _____
.R.C. REPRESENTATIVE/NOTARY                    DATE

WILLIAM P. WHALEN, JR.,  Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
Date, Section 147.03 R. C.

## OHIO CIVIL RIGHTS COMMISSION
### AND
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### REQUEST FOR WITHDRAWAL OF CHARGE DISCRIMINATION

You have requested withdrawal of your dual-filed charge from the Ohio Civil Rights Commission (OCRC) and the Equal Employment Opportunity Commission (EEOC). In order to initiate such action, please furnish the information below. Since a request for withdrawal is subject to approval by both Commissions, your request will be considered and acted upon when received. Please note that both Commissions are still prepared to proceed with your case if you so desire.

75062300 (28379) 051700
**OCRC CASE NUMBER**

22A A0 1852 Amended
**EEOC CASE NUMBER**

Rodney V. Jones

Cinergy Corp. and The
Cincinnati Gas & Electric Company

**CHARGING PARTY**                    **RESPONDENT**

CHARGING PARTY  --   COMPLETE INFORMATION BELOW

I am aware that OCRC and EEOC protect my rights to file a charge and have been advised that it is unlawful for any person covered by ORC-4112 or the laws administered by EEOC to threaten, intimidate or harass me because I have filed a charge. I have not been coerced into requesting this withdrawal. I am requesting a Right to Sue Letter, upon the advise of my Attorney. I understand that this is the final resolution of this matter with the Commission.

_Rodney V. Jones_                    _12/18/00_
**SIGNATURE**                         **DATE**

_____                      _____
**WITNESS**                           **OHIO CIVIL RIGHTS COMMISSION**

Exhibit "R"

RECEIVED
FEB - 5 2001
CINERGY CORP.
LEGAL DEPT.



Bob Taft
Governor

# Ohio Civil Rights Commission

### *"Many Faces...One Cause"*

Rodney V. Jones
11449 Lincolnshire Rd.
Cincinnati, OH 45240

Jay R. Alvaro
Counsel
Cinergy Corp. and
The Cincinnati Gas &
Electric Company
139 E. Fourth Street
P O Box 960
Cincinnati, OH 45201

FEB - 2001

**CENTRAL OFFICE**
111 E. Broad Street, Suite 301
Columbus, Ohio 43205-1379
(614) 466-2785
TTY (614) 466-9353
FAX (614) 644-8776

**AKRON REGIONAL OFFICE**
Akron Government Center
161 S. High Street, Suite 205
Akron, Ohio 44308
Voice-TTY
FAX (330) 643-3120

**CINCINNATI REGIONAL OFFICE**
Holiday Park
301-B W. 8th Street, 2nd Floor
Cincinnati, Ohio 45203
(513) 852-3344
Voice-TTY
FAX (513) 852-3357

**CLEVELAND REGIONAL OFFICE**
615 W. Superior Avenue, Suite 885
Cleveland, Ohio 44113
(216) 787-3150
Voice-TTY
FAX (216) 787-4121

**COLUMBUS REGIONAL OFFICE**
111 E. Broad Street, Suite 301
Columbus, Ohio 43205-1379
(514) 466-5928
Voice-TTY
FAX (614) 466-6250

**DAYTON REGIONAL OFFICE**
40 W. 4th Centre, Suite 1900
Dayton, Ohio 45402-1831
(937)285-6500
Voice-TTY
FAX (937)285-6606

**TOLEDO REGIONAL OFFICE**
One Government Center
Jackson & Erie Streets, Room 936
Toledo, Ohio 43604
(419) 245-2900
Voice-TTY
FAX (419) 245-2668

**75062300 (28379) 051700**
**22A A0 1852 Amended**

Charging Party, Rodney V. Jones, has filed an affidavit with the Ohio Civil Rights Commission and the Equal Employment Opportunity Commission, alleging that he was subjected to different terms and conditions of employment, i.e., hostile work atmosphere, held to a different standard and denied a promotion, by the Respondent, Cinergy Corp. and The Cincinnati Gas & Electric Company because of his race.

All jurisdictional requirements for filing a charge have been met.

Charging Party executed a Withdrawal of Charge form because he will be requesting a Right To Sue Letter in order to pursue this matter in federal court.

The Ohio Civil Rights Commission has determined that no purpose would be served by continuing this matter and has entered into its records a finding of **WITHDRAWAL OF CHARGE - GRANT**. The matter is **CLOSED**.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Exhibit "L"

# NOTICE OF RIGHT TO SUE

*(Issued on request)*

| To: Rodney V Jones<br>11449 LINCOLNSHIRE RD.<br>CINCINNATI, OH 45240<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL*<br>*( 29 C.F.R. 1601.7(a) )* | From:<br>EQUAL EMPLOYMENT OPPORTUNITY COMM.<br>Equal Employment Opportunity Comm<br>1660 W 2nd St, Skylight Tower, #850<br>Cleveland, OH 44113-1412 |
|---|---|

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 22AA01852 | Legal Dept. Duty Officer | (216) 522-7445 |

( See the additional information attached to this form )

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue. It is issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

*Michael C. Fetzer, RES*
Michael C. Fetzer, Director

MAR 1 3 2001

*(Date)*

Enclosure(s)

cc: Executive Officer
CINERGY GAS & ELECTRIC CO.
139 E. FOURTH ST.
CINCINNATI, OH 45202

EEOC FORM 161-B  (Rev 01/97)

**RESPONDENT COPY**

IO CIVIL RIGHTS COMMISSION AND EEOC

Exhibit "M"
Page 1 of 2

| E (INDICATE MR., MS., MRS.) | HOME TELEPHONE (INCLUDE AREA CODE) |
|---|---|
| r. Anthony MARTIN | (513)522-4988 |

| EET ADDRESS | CITY, STATE, ZIP CODE AND COUNTY | DATE OF BIRTH |
|---|---|---|
| 26 Random Hill RD, Cincinnati, OHIO, 45231 | 12-1-60 |

ED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL
VERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| E | NUMBER OF EMPLOYEES | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| Cinergy Co | | |

| EET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| E | | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| | | |

| EET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | Hamilton |

USE OF DISCRIMINATION BASED ON {CHECK APPROPRIATE BOX(ES)}
RACE [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
RETALIATION [ ] AGE [ ] DISABILITY  [ ] OTHER (SPECIFY)

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST(ADEA/EPA) | LATEST (ALL) |
| 6 yrs ago | 5-17-2000 |
| [ ] CONTINUOUS ACTION | 1994-2000 |

E PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S):

Cinergy Gas & Electric Co., Inc., has consistently limited or blocked my
ability to receive promotions.  Cinergy's hiring and promotional policies
have inhibited my ability to achieve promotions and/or employment.

The policies adopted by Cinergy have contributed negative items to my
employee personnel jacket, and I am held to a different standard based
solely on racial bias.

The racial prejudice by Cinergy has created a hostile atmosphere that
inhibits my ability to work, and refuses my right to enjoy a healthy,
thriving work environment.

| ;] I ALSO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE E AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I ILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY ARGE IN ACCORDANCE WITH THEIR PROCEDURE. | NOTARY (WHEN NECESSARY FOR STATE AND LOCAL REQUIREMENTS) |
|---|---|
| | I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |
| DECLARE UNDER PENALTY OF PERJURY THAT THE OREGOING IS TRUE AND CORRECT. | SIGNATURE OF COMPLAINANT *Anthony Martin* |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (DAY, MONTH, YEAR) |
| ATE 4-11-00   CHARGING PARTY SIGNATURE | 4-11-00 |

NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date, Section 147.03 R. C.

| | |
|---|---|
| Anthony Martin | **PERSON FILING CHARGE** |
| | **Anthony Martin** |
| V | THIS PERSON *(✓check one)* |
| | ⊠ CLAIMS TO BE AGGRIEVED |
| Cinergy Corp. | ☐ IS FILING ON BEHALF OF ANOTHER |

Exhibit "M"
Page 2 of 2

**DATE OF ALLEGED VIOLATION**

|  |  |
|---|---|
| *Earliest* | Prior to and on May 17, 2000 *Most Recent* |

**Cincinnati, Ohio      Hamilton county**
PLACE OF ALLEGED VIOLATION

**22A A0 1849**
EEOC CHARGE NUMBER

**75051700 (28376) 051700**
FEPA CHARGE NUMBER

---

NOTICE OF CHARGE OF DISCRIMINATION  IN JURISDICTIONS WHERE AN FEP AGENCY WILL INITIALLY PROCESS
*( See EEOC "Rules and Regulations" for additional information)*

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

⊠ Title VII of the Civil Rights Act of 1964          ☐ The Americans with Disabilities Act  (ADA)
☐ The Age Discrimination in Employment Act of 1967 (ADEA)

HAS BEEN RECEIVED BY

☐ The EEOC and sent for initial processing to _____
*(FEP Agency)*

⊠ The    Ohio Civil Rights Commission   ( OCRC)_____    and sent to the EEOC for dual filing purposes.
*(FEP Agency)*

EEOC has jurisdiction after the expiration of any deferral requirement  (Title VII or ADA charge)  to investigate this charge.  EEOC may refrain from beginning its investigation and await the issuance of OCRC's final findings and orders.  These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are encouraged to cooperate fully with OCRC.  All facts and evidence provided by you to OCRC in the course of its proceedings will be considered by EEOC when it reviews the OCRC's final findings and orders.  In many instances, the EEOC will take no further action, thereby avoiding the necessity of an investigation by both agencies.  This likelihood is increased by your active cooperation with  OCRC.

As a party to the charge, you may request that EEOC review the final decision and order of OCRC.  For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the OCRC's final decision and order.  If OCRC terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC.  Regardless of whether OCRC or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the "EEOC Rules and Regulations" apply.

For further correspondence on this matter, please use the charge number(s) shown.

---

☐ An Equal Pay Act Investigation [ 29 U.S.C.  206(d)] will be conducted by the EEOC concurrently with OCRC's investigation of the charge.

⊠ Enclosure:  Copy of Charge

---

BASIS OF DISCRIMINATION
⊠ RACE          ☐ COLOR          ☐ SEX          ☐ RELIGION          ☐ NATIONAL ORIGIN          ☐ AGE          ☐ OTHER
☐ DISABILITY          ☐ RETALIATION

| DATE | TYPED NAME/TITLE OF AUTHORIZED OCRC OFFICIAL | SIGNATURE |
|---|---|---|
| May 18, 2000 | ROGER LARISON, REGIONAL DIRECTOR | |

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA | 75051700 (28376) 051700, |
| | ☒ EEOC | 22A A0 1849 AMENDED |

| OHIO CIVIL RIGHTS COMMISSION AND EEOC | Exhibit "N" |
|---|---|
| State or Local Agency, if any | Page 1 of 2 |

| (INDICATE MR., MS, MRS.) | HOME TELEPHONE (INCLUDE AREA CODE) |
|---|---|
| ony Martin | 513-522-4988 |

| ADDRESS | CITY, STATE, ZIP CODE, AND COUNTY | DATE OF BIRTH |
|---|---|---|
| 6 Random Hill Road | Cincinnati, OH 45231 | 12-1-60 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW.)

| | NUMBER OF EMPLOYEES | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|
| ergy Corp. | +15 | 513-287-2649 |

| ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| East Fourth Street   P O Box 960 | Cincinnati, OH 45201-0960 | Hamilton |

| | | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|

| ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

| SE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| E  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | EARLIEST (ADEA/EPA)   LATEST (ALL) |
| TALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (SPECIFY) | Prior to and on May 17, 2000 |

RECEIVED CINCINNATI AUG 2 8 2000

[ X] CONTINUING ACTION

ARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S):

a Black male.

- The percentage of Blacks that work for the company is far below the demographics for this area demonstrating the percentage of Blacks living in this area. The company's hiring and promotional policies adversely impact Black persons. In addition, to contributing to negative items in my employee personnel jacket. The company has created a hostile work atmosphere, and I am held to a different standard. Prior to and on May 17, 2000, I have been denied the opportunity to take a promotional exam.

I.     There is no reason for this disparate treatment.

II.    I believe that I have been unlawfully discriminated against because of my race for the following reasons:

| SO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE THE AGENCIES IF I E MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH N THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURE. | NOTARY (When necessary for State and Local Requirements) |
|---|---|
| | I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |
| ARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. | SIGNATURE OF COMPLAINANT  *Anthony Martin* |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (DAY, MONTH, YEAR)   8-28-00 |
| 8-28-00   CHARGING PARTY SIGNATURE  *Anthony Martin* | OHIO CIVIL RIGHTS COMMISSION |

**TWO OF TWO**

ay Martin v. Cinergy Corp.

700 (28376) 051700, 22A A0 1849 AMENDED

Cinergy Corp. has consistently limited or blocked my ability to receive promotions. Hiring and promotional policies have inhibited my ability to achieve promotions and / or employment.

The policies adopted by Cinergy Corp. have contributed negative items to my employee personnel jacket, and I am held to a different standard based solely on racial bias.

The racial prejudice by Cinergy has created a hostile atmosphere that inhibits my ability to work, and refuses my right to enjoy a healthy thriving work environment.

I cannot take a promotional exam as a result of my objections to disciplinary action from an accident, which occurred on the job.

_____                    8-22-00
ATURE OF COMPLAINANT                                  DATE

_____                    8-28-00
.C. REPRESENTATIVE/NOTARY                             DATE

WILLIAM P. WHALEN, JR., Attorney at Law,
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration
Ohio Section 147.03 R. C.

RECEIVED CINCINNATI
AUG 2 8 2000

## OHIO CIVIL RIGHTS COMMISSION
### AND
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### REQUEST FOR WITHDRAWAL OF CHARGE DISCRIMINATION

You have requested withdrawal of your dual-filed charge from the
Ohio Civil Rights Commission (OCRC) and the Equal Employment
Opportunity Commission (EEOC).  In order to initiate such action,
please furnish the information below.  Since a request for
withdrawal is subject to approval by both Commissions, your
request will be considered and acted upon when received.  Please
note that both Commissions are still prepared to proceed with
your case if you so desire.

75051700 (28376) 051700                     22A A0 1849 Amended
**OCRC CASE NUMBER**                        **EEOC CASE NUMBER**

Anthony Martin                              Cinergy Corp. and The
                                            Cincinnati Gas & Electric Company

**CHARGING PARTY**                              **RESPONDENT**

**CHARGING PARTY  --  COMPLETE INFORMATION BELOW**

I am aware that OCRC and EEOC protect my rights to file a charge and
have been advised that it is unlawful for any person covered by ORC-
4112 or the laws administered by EEOC to threaten, intimidate or
harass me because I have filed a charge.  I have not been coerced
into requesting this withdrawal.  I am requesting a Right to Sue
Letter, upon the advise of my Attorney. I understand that this is
the final resolution of this matter with the Commission.

_Anthony Martin_                    _12-18-00_
**SIGNATURE**                              **DATE**

_____              _____
**WITNESS**                              **OHIO CIVIL RIGHTS COMMISSION**

Exhibit "P"



Bob Taft
Governor

# Ohio Civil Rights Commission

RECEIVED
FEB - 5 2001

*"Many Faces...One Cause"*

FEB 1 2001

Anthony Martin
1326 Random Hill Road
Cincinnati, OH 45231

Jay R. Alvaro
Counsel
Cinergy Corp. and
The Cincinnati Gas &
Electric Company
139 E. Fourth Street
P O Box 960
Cincinnati, OH 45201

**CENTRAL OFFICE**
111 E. Broad Street, Suite 301
Columbus, Ohio 43205-1379
(14) 466-2785
TY (614) 466-9353
AX (614) 644-8776

**AKRON REGIONAL OFFICE**
Akron Government Center
51 S. High Street, Suite 205
Akron, Ohio 44308
(30) 643-3100
oice-TTY
AX (330) 643-3120

**CINCINNATI REGIONAL OFFICE**
Holiday Park
01-B W. 8th Street, 2nd Floor
incinnati, Ohio 45203
13) 852-3344
oice-TTY
AX (513) 852-3357

**CLEVELAND REGIONAL OFFICE**
15 W. Superior Avenue, Suite 885
Cleveland, Ohio 44113
216) 787-3150
oice-TTY
AX (216) 787-4121

**COLUMBUS REGIONAL OFFICE**
111 E. Broad Street, Suite 301
Columbus, Ohio 43205-1379
614) 466-5928
oice-TTY
AX (614) 466-6250

**DAYTON REGIONAL OFFICE**
40 W. 4th Centre, Suite 1900
Dayton, Ohio 45402-1831
937)285-6500
oice-TTY
AX (937)285-6606

**TOLEDO REGIONAL OFFICE**
One Government Center
ackson & Erie Streets, Room 936
Toledo, Ohio 43604
419) 245-2900
oice-TTY
AX (419) 245-2668

### 75051700 (28376) 051700
### 22A A0 1849 Amended

Charging Party, Anthony Martin, has filed an
affidavit with the Ohio Civil Rights Commission
and the Equal Employment Opportunity
Commission, alleging that he was subjected to
different terms and conditions of employment,
i.e., hostile work atmosphere, held to a
different standard and denied the opportunity
to take a promotional exam, by the Respondent,
Cinergy Corp. and The Cincinnati Gas & Electric
Company because of his race.

All jurisdictional requirements for filing a
charge have been met.

Charging Party executed a Withdrawal of Charge
form because he will be requesting a Right To
Sue Letter in order to pursue this matter in
federal court.

The Ohio Civil Rights Commission has determined
that no purpose would be served by continuing
this matter and has entered into its records a
finding of **WITHDRAWAL OF CHARGE - GRANT**. The
matter is **CLOSED**.