IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY BRANTLEY, et al,                :
                                      :
    Plaintiff(s)                      :
                                      :    Case Number: 1:01cv378-SJD
    vs.                               :
                                      :    District Judge Susan J. Dlott
CINERGY CORPORATION,                  :
                                      :
    Defendant(s)                      :

ORDER

This matter is before the Court upon a filing of a dispositive motion. It is the practice of this court to require all counsel to submit a hard copy to Chambers of any dispositive motion and related pleadings thereto, including all exhibits.

IT IS SO ORDERED.

                          ___s/Susan J. Dlott_____
                          Susan J. Dlott
                          United States District Judge