04 JUL 29 PM 3:03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et. al. | : | Case No. C-I-01-378 |
| Plaintiffs, | : | Judge Susan J. Dlott |
| vs. | : | |
| CINERGY CORP. | : | DEFENDANT, CINERGY CORP.'S INSTANTER MOTION FOR LEAVE TO FILE DEFENDANT, CINERGY CORP.'S, MOTION TO SEVER PLAINTIFFS' |
| Defendant. | : | CLAIMS |

*Granted Susan J. Dlott 8/5/04*

Comes now Defendant, Cinergy Corp., and respectfully moves the Court for leave to file Defendant, Cinergy Corp.'s, Motion To Sever Plaintiffs' Claims (Supporting Affidavits Attached Hereto) be filed confidential and under seal, for good cause shown. This Motion is supported by the within Memorandum.

129235