**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. C-1-01-378 |
| | ) | |
| | ) | **Judge Susan J. Dlott** |
| V. | ) | |
| | ) | |
| CINERGY CORP. | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

With defendant's consent, and the Court being in all respects duly and sufficiently advised, Plaintiffs Motion for an Extension of Time to Respond to Defendant's Motions for Summary Judgment and Motion to Sever Plaintiffs' Claims is **GRANTED**, thereby making Plaintiffs' Responses due on September 9, 2004. Defendant's time to file its replies is also extended, such that Defendant's replies are due on October 14, 2004.

IT IS SO ORDERED.

                                                                                                  __s/Susan J. Dlott_____
                                                                                                  Susan J. Dlott
                                                                                                  United Stats District Judge