UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al., | : | Case No. C-I-01-378 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | |
| | : | DEFENDANT, CINERGY CORP.'S |
| CINERGY CORP., | : | RESPONSE TO PLAINTIFFS' MOTION |
| | : | FOR A FURTHER EXTENSION OF TIME |
| Defendant. | : | TO RESPOND TO DEFENDANT'S |
| | : | MOTIONS FOR SUMMARY JUDGMENT |
| | : | AND MOTION TO SEVER PLAINTIFFS' |
| | : | CLAIMS |

**MEMORANDUM**

Plaintiffs' request a second two-week extension (for a total of in excess of eight weeks, in addition to the year in which they had the identical motions) in which to respond to Defendant's, Motions For Summary Judgment and Motion to Sever Plaintiffs' Claims and request an second extension of two weeks from September 9, 2004 until September 23, 2004 with a concomitant extension for Defendant from October 14, 2004 until **October 18, 2004 (only four additional days). While Defendant takes no position on the propriety of Plaintiffs' requests or their reasons, it does object to a request that grants Plaintiffs additional time, but cuts its own time to file replies short.**

In the event that this Court grants Plaintiffs **any** additional time to respond to its pending Motions, Defendant respectfully requests a commensurate extension from October 14, 2004 (the date for Defendant's Replies in the Court's August 30, 2004 Order granting Plaintiffs' first Motion for Extension of Time). If this court grants Plaintiffs an additional two weeks until

132070

September 23, 2004 in which to file their Memoranda in Opposition to the pending Motions For Summary Judgment and Motion to Sever Plaintiffs' Claims, Defendant respectfully requests a commensurate extension of two weeks (rather than only four days) until October 28, 2004 in which to file its Reply Memoranda, for good cause shown and in the interests of fairness.

        Respectfully submitted,

        /s/ Jill T. O'Shea
        Jill T. O'Shea (0034692)
        CINERGY SERVICES, INC.
        139 East Fourth St., Room 25 AT II
        Cincinnati, Ohio 45201-0960
        Telephone:  (513) 287-2062
        Facsimile:  (513) 287-3910

        /s/ Gregory V. Mersol
        Gregory V. Mersol (0030838)
        John B. Lewis (0013156)
        BAKER & HOSTETLER LLP
        3200 National City Center
        1900 East Ninth St.
        Cleveland, OH  44114-3485
        Telephone: (216) 621-0200
        Facsimile: (216) 696-0740

        /s/ Jeffrey L. VanWay
        Jeffrey L. VanWay (0069175)
        BAKER & HOSTETLER LLP
        312 Walnut Street
        Suite 3200
        Cincinnati, Ohio 45202-4074
        Phone:  (513) 929-3400
        Fax:  (513) 929-0303

        *Trial Attorneys for Defendant, Cinergy Corp.*

132070

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served via ordinary mail this 10th day of September, 2004 to:

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA, LLP
414 Walnut Street
Suite 911
Cincinnati, OH  45202

David W. Sanford, Esq.
Sanford, Wittels & Heisler, LLP
2121 K Street NW
Suite 700
Washington, D.C.  20037

Barry Vaughn Frederick
Robert L. Wiggins
Ann K. Wiggins
Susan Donahue
Robert F. Child
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203

Grant E. Morris
Law Offices of Grant E. Morris
7 DuPont Circle, N.W.
Suite 250
Washington, D.C.  20036

/s/ Jill T. O'Shea
Jill T. O'Shea

132070