UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY BRANTLEY, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. C-1-01-378 |
| ) | Judge Susan J. Dlott |
| CINERGY CORP., ) | |
| ) | |
|    Defendant. ) | |

**PLAINTIFFS' REPLY TO CINERGY CORP'S RESPONSE TO PLAINTIFFS' MOTION FOR A FURTHER EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO SEVER PLAINTIFFS' CLAIMS**

The Plaintiffs have no objection to the Defendant's request that, should the Court grant the Plaintiff's further extension of time to respond to Defendant's Motions for Summary Judgment and Motion to Sever Plaintiffs' Claims, the date for the Defendant's replies to the Plaintiffs' responses to these motions will be October 28, 2004. The Plaintiffs had no intention of cutting the time for the Defendant to reply to 4 days. The Plaintiffs simply calculated the date incorrectly and apologize to the Court for any confusion or inconvenience this has caused.

The Plaintiffs attach a revised Order reflecting the appropriate date of October 28, 2004, for Defendant's Replies to Plaintiffs' Responses to their Motions for Summary Judgment and Motion to Sever Plaintiffs' Claims.

Respectfully submitted,

s/Susan Donahue
Susan Donahue (*pro hac vice*)
WIGGINS, CHILDS, QUINN & PANTAZIS

The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
sgd@wcqp.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **BILLY BRANTLEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. C-1-01-378 |
| ) | **Judge Susan J. Dlott** |
| **CINERGY CORP.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court being in all respects fully and sufficiently advised, Plaintiffs' Motion for a Further Extension of Time to Respond to Defendant's Motions for Summary judgment and Motion to Sever Plaintiffs' Claims is **GRANTED**, thereby making Plaintiffs' Responses due on September 23, 2004. Defendant's time to file its replies is also extended, such that Defendant's replies are due on October 28, 2004.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Jill Thompson O'Shea, Esq.
Cinergy Services, Inc.
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201

Gregory V. Mersol
Baker & hostetler, LLP
3200 National City Center
1900 East Ninth street
Cleveland, OH 44114-3485

                                                  s/Susan Donahue
                                                  Susan Donahue (*pro hac vice*)