UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY BRANTLEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CINERGY CORP., )<br>)<br>Defendant. ) | CASE NO. C-1-01-378<br>Judge Susan J. Dlott |

### ORDER

The Court being in all respects fully and sufficiently advised, Plaintiffs' Motion for a Further Extension of Time to Respond to Defendant's Motions for Summary judgment and Motion to Sever Plaintiffs' Claims is **GRANTED**, thereby making Plaintiffs' Responses due on September 23, 2004. Defendant's time to file its replies is also extended, such that Defendant's replies are due on October 14, 2004.

IT IS SO ORDERED.

Susan J. Dlott
United States District Judge