UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BILLY BRANTLEY, et al.,** | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. C-1-01-378 |
| | ) | Judge Susan J. Dlott |
| **CINERGY CORP.,** | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

    The Court being in all respects fully and sufficiently advised, Plaintiffs' Motion for a Further Extension of Time to Respond to Defendant's Motions for Summary judgment and Motion to Sever Plaintiffs' Claims is **GRANTED**, thereby making Plaintiffs' Responses due on September 23, 2004. Defendant's time to file its replies is also extended, such that Defendant's replies are due on October 28, 2004.

    IT IS SO ORDERED.


                                                            _s/Susan J. Dlott_____
                                                            Susan J. Dlott
                                                           United States District Judge