UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BILLY BRANTLEY, et al.,** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CASE NO. C-1-01-378** |
| | ) | **Judge Susan J. Dlott** |
| **CINERGY CORP.,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**APPENDIX TO
PLAINTIFFS' CONSOLIDATED MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT:
PLAINTIFFS' EVIDENTIARY SUBMISSION
IN OPPOSITION TO DEFENDANT'S
<u>MOTIONS FOR SUMMARY JUDGMENTS</u>**

Plaintiffs submit the following evidentiary submission in opposition to Defendant's motions for a severance and summary judgments.

1. Declaration of Billy Brantley with attached Exhibits A-G.

2. Declaration of Todd Tolbert with attached Exhibits A-C.

3. Declaration of Rodney Jones with attached Exhibits A-C.

4. Declaration of Anthony Martin with attached Exhibit A.

5. Defendant, Cinergy Corp.'s, Response to Plaintiffs' First Set of Interrogatories.

6. Anthony Martin's Response to Defendant's Second Set of Interrogatories and Requests for Production.

7. Letter to Sheila Smith re: Anthony Martin from Jay Alvaro.

Respectfully submitted,

s/Barry V. Frederick_____
Barry V. Frederick (*pro hac vice*)
Robert L. Wiggins, Jr. (*pro hac vice*)
Ann K. Wiggins (*pro hac vice*)
Robert F. Childs, Jr. (*pro hac vice*)
Susan Donahue (*pro hac vice*)
**WIGGINS, CHILDS, QUINN & PANTAZIS**
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
bvf@wcqp.com
sgd@wcqp.com

Paul H. Tobias, OH Bar No. 0032415
David D. Kammer, OH Bar No. 0061808
**TOBIAS, KRAUS & TORCHIA**
414 Walnut Street
Suite 911
Cincinnati, Oh 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863
tkt@tktlaw.com

David Sanford *(pro hac vice)*
**SANFORD, WITTELS, & HEISLER, L.L.P.**
2121 K St. N.W.
Suite 700
Washington, D.C. 20037
Telephone: 202/942-9124
Fax number: 202/628-8189
dsanford@davidsanford.com

Grant Morris (*pro hac vice*)
**Law Offices of Grant Morris**
2121 K Street, N.W.
Suite 700
Washington, D. C. 20037
Telephone: (202) 331-4707
Fax number: (202) 628-8189
grantmorris@grantmorrislaw.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Jill Thompson O'Shea, Esq.
Cinergy Services, Inc.
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201

Gregory V. Mersol
Baker & hostetler, LLP
3200 National City Center
1900 East Ninth street
Cleveland, OH 44114-3485

                                                   s/Barry V. Frederick
                                                   Barry V. Frederick (*pro hac vice*)