IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY BRANTLEY, et al. : Case No. C-1-01-378
:
    Plaintiffs, : Judge Susan J. Dlott
:
vs. :
:
CINERGY CORP. : AFFIDAVIT OF RICHARD G. BEACH,
: ESQ.
    Defendant. :
:

STATE OF OHIO    )
                     )ss.
COUNTY OF HAMILTON  )

    Comes now affiant, Richard G. Beach, Esq., after being duly cautioned and sworn, deposes and states as follows:

    1.    That I am presently employed by Cinergy Services, Inc. in the position of Counsel in the Legal Department.

    2.    That I reviewed and am familiar with the corporate records in relation to the corporate structure of Cinergy Corp. ("Cinergy"), The Cincinnati Gas & Electric Company ("CG&E"), PSI Energy, Inc. ("PSI"), and Cinergy Services, Inc. ("Services").

    3.    That the corporate records are business records which were made at or near the time by, or from information transmitted by a person with knowledge in the course of regularly conducted business activities and kept in the course of the regularly conducted business activities.

    4.    That Cinergy was incorporated under the laws of the State of Delaware on

100385

June 30, 1993.

5. That CG&E was incorporated under the laws of the State of Ohio on April 3, 1837.

6. That PSI was incorporated under the laws of the State of Indiana on September 6, 1941.

7. That Services was incorporated under the laws of the State of Delaware on February 23, 1994.

8. That Cinergy is not a public utility company formed and existing under the laws of the State of Ohio.

9. That Cinergy is a public utility holding company (as defined under the Public Utility Holding Company Act of 1935).

10. That as a result of two mergers on October 24, 1994, PSI and CG&E each became wholly-owned subsidiaries of Cinergy.

11. That the regulated public utility companies of Cinergy include (1) CG&E which provides retail electric and natural gas services and operates in Ohio; (2) The Union Light, Heat & Power Company ("ULH&P") which provides retail electric and natural gas services and operates in Kentucky; and (3) PSI which provides retail electric and operates in Indiana.

12. That each of the above-mentioned regulated public utility companies was separately and independently incorporated.

13. That Services, a Delaware corporation, was formed on February 23, 1994.

14. That I have firsthand knowledge of the above.

103809                                2

FURTHER AFFIANT SAYETH NAUGHT.

_August 30, 2004_  
Dated

_Richard G. Beach_  
Richard G. Beach, Esq.

### NOTARY OF PUBLIC

Sworn to and subscribed in my presence this 30th day of August, 2004.

_Julie M. Thompson_  
Notary Public

JULIE M. THOMPSON  
Notary Public, State of Ohio  
My Commission Expires Nov 19 2005

Respectfully submitted,

_Gregory V. Mersol (JTO)_  
Gregory V. Mersol (0030838)  
John B. Lewis (0013156)  
BAKER & HOSTETLER LLP  
3200 National City Center  
1900 East Ninth St.  
Cleveland, OH 44114-3485  
Telephone: (216) 621-0200  
Facsimile: (216) 696-0740

_Jill T. O'Shea_  
Jill O'Shea (0034692)  
CINERGY SERVICES, INC.  
139 East Fourth St., Room 25 AT II  
Cincinnati, Ohio 45201-0960  
Telephone: (513) 287-2062  
Facsimile: (513) 287-3910

*Jeffrey L VanWay* (JTO)
Jeffrey L. VanWay (0069175)
BAKER & HOSTETLER LLP
312 Walnut Street
Suite 3200
Cincinnati, Ohio 45202-4074
Phone: (513) 929-3400
Fax: (513) 929-0303

*Attorneys for Defendant*
*Cinergy Corp.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served via ordinary mail this 29th day of ~~August,~~ September 2004 to:

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA, LLP
414 Walnut Street
Suite 911
Cincinnati, OH 45202

David W. Sanford, Esq.
Sanford, Wittels & Heisler, LLP
2121 K Street NW
Suite 700
Washington, D.C. 20037

Robert L. Wiggins
Ann K. Wiggins
Susan Donahue
Robert F. Child
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203

103809                                    4

Grant E. Morris
Law Offices of Grant E. Morris
7 DuPont Circle, N.W.
Suite 250
Washington, D.C. 20036

                                              /s/ Jill T. O'Shea
                                              Jill T. O'Shea