IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY BRANTLEY, et al. | ) |
| | ) |
| Plaintiffs, | ) Case No. C-1-01-378 |
| | ) |
| | ) **Judge Susan J. Dlott** |
| V. | ) |
| | ) PLAINTIFFS' |
| | ) MOTION FOR LEAVE TO FILE |
| CINERGY CORP. | ) PLAINTIFFS' CONSOLIDATED |
| | ) MEMORANDUM IN OPPOSITION |
| | ) TO DEFENDANT'S MOTIONS FOR |
| Defendant. | ) SUMMARY JUDGMENT |
| | ) IN EXCESS OF 20 PAGES |

Pursuant to Local Rule 7.2 (3) of the United States District Court of the Southern District of Ohio, Plaintiffs respectfully move the Court for leave to file Plaintiffs' Consolidated Memorandum in Opposition to Defendant's Motions for Summary Judgment in excess of twenty (20) pages, with 48 additional pages for a total of 68 pages, and without the summary described in the Local Rule, for good cause shown. This Motion is supported by the attached Memorandum.

GRANTED
Susan J. Dlott

Respectfully submitted,

s/Barry V. Frederick
Barry V. Frederick (*pro hac vice*)
Robert L. Wiggins, Jr. (*pro hac vice*)
Ann K. Wiggins (*pro hac vice*)
Robert F. Childs, Jr. (*pro hac vice*)
Susan Donahue (*pro hac vice*)
**WIGGINS, CHILDS, QUINN & PANTAZIS**
The Kress Building
301 19th Street North

1