IN THE UNITED STATES DISTRICT COURT
SOUTHWESTERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | CASE NO. C-1-01-378 |
| | : | |
| Plaintiffs, | : | Judge Michael H. Watson |
| | : | |
| vs. | : | |
| | : | |
| CINERGY CORP. | : | NOTICE OF FILING OF |
| | : | AFFIDAVITS AND |
| Defendant. | : | <u>DECLARATION</u> |

Comes now the defendant, Cinergy Corp., and hereby gives Notice of Filing of the Affidavits and Declaration below in the above-captioned matter.

1. Supplemental Affidavit of Ken Toebbe

2. Declaration of Roger Reis

3. Supplemental Affidavit of Robert D. Feucht

4. Affidavit of Connie Terheiden

       Respectfully submitted,

       <u>/s/ Jill T. O'Shea</u>
       Jill T. O'Shea (0034692)
       Attorney for Defendant,
       Cinergy Corp.
       139 East Fourth Street – 25 AT II
       P.O. Box 960
       Cincinnati, Ohio 45201-0960
       (513) 287-2062

134510

/s/ Gregory V. Mersol
Gregory V. Mersol (0030838)
John B. Lewis (0013156)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740


*Attorneys for Defendant*
*Cinergy Corp.*


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was forwarded via ordinary mail this 28th day of October, 2004 to:

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA, LLP
414 Walnut Street
Suite 911
Cincinnati, OH 45202

David W. Sanford, Esq.
Sanford, Wittels & Heisler, LLP
2121 K Street NW
Suite 700
Washington, D.C. 20037

Barry Vaughn Frederick
Herman Nathaniel Johnson, Jr.
Robert L. Wiggins
Ann K. Wiggins
Susan Donahue
Robert F. Childs
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203

134510              2

Grant E. Morris
Law Offices of Grant E. Morris
2121 K Street NW
Suite 700
Washington, D.C. 20036

/s/ Jill T. O'Shea
Jill T. O'Shea