IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | Case No. C-01-378 |
| | : | |
| Plaintiffs, | : | Judge Michael H. Watson |
| | : | |
| vs. | : | |
| | : | |
| CINERGY CORP. | : | DECLARATION OF ROGER REIS |
| | : | |
| Defendant. | : | |

STATE OF OHIO            )
                         )ss.
COUNTY OF HAMILTON       )

Comes now affiant, Roger Reis, after being duly cautioned and sworn, states as follows:

1.    That I have been employed by The Cincinnati Gas & Electric Company since 1979 and since March 19, 2000 I have held the position of Manager, Network Services.

2.    That from December 3, 1979 until February 1, 1991 I held the various positions of Groundman, Patrolman Overhead Lines, Lineman Driver, Lineman "C", Lineman "B", Lineperson "A", Senior Lineperson "A" while a member of the International Brotherhood of Electrical Workers, Local 1347 ("IBEW).

3.    That I was promoted to the management position of Line Crew Supervisor effective February 1, 1991, Senior Line Crew Supervisor effective April 1,

133626

1993 and then to Supervisor, Field Transmission & Distribution and Construction & Maintenance effective April 1, 1997.

4. That on or about February 24, 1982, I was involved in an altercation with an African-American co-worker, Larry Thomas.

5. That I was performing my job responsibilities as a Lineman Driver by standing by the bucket truck while Larry Thomas was in the bucket performing line work overhead.

6. That I got in a disagreement with Larry when he asked me to leave the site to obtain a fish sandwich for him to eat for lunch.

7. That Larry stated "hey dickhead, get me some fish.

8. That I asked Larry "what did you say?"

9. That Larry stated "get me some fish, dickhead"

10. That I became angry and used a racial slur which I now regret.

11. That Larry threw a pair of pliers down to me from a height of 40 feet.

12. That I yelled for the foreman, Ralph Hefner, to come over to assist me.

13. That Larry then threw down a ratchet and socket which landed between Ralph Hefner and myself.

14. That Larry threw his hammer from a height of forty (40) feet and hit the boom of the truck next to where I was standing.

15. That I received a one day suspension for my actions and that Exhibit "A" attached hereto is a true and accurate copy of same.

16. That the IBEW filed a grievance over my suspension.

133626

17. That the suspension was reversed and the one day of pay which I did not receive for the day was paid.

18. That this incident was the only time I have ever used a racial remark against a co-worker.

19. That I have first-hand knowledge of the above facts.

20. That I declare under penalty of perjury the foregoing is true and accurate.

Signed this 27th day of October, 2004

_____
Roger Reis

Respectfully submitted,


/s/ Jill T. O'Shea
Jill T. O'Shea (0034692)
Attorney for Defendant,
Cinergy Corp.
139 East Fourth Street – 25 AT II
P.O. Box 960
Cincinnati, Ohio 45201-0960
(513) 287-2062


/s/ Gregory V. Mersol
Gregory V. Mersol (0030838)
John B. Lewis (0013156)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740


*Attorneys for Defendant*
*Cinergy Corp.*

133626

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was forwarded via ordinary mail this 28th day of October, 2004 to:

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA, LLP
414 Walnut Street
Suite 911
Cincinnati, OH 45202


David W. Sanford, Esq.
Sanford, Wittels & Heisler, LLP
2120 K Street NW
Suite 700
Washington, D.C. 20037


Barry Vaughn Frederick
Herman Nathaniel Johnson, Jr.
Robert L. Wiggins
Ann K. Wiggins
Susan Donahue
Robert F. Childs
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203


Grant E. Morris
Law Offices of Grant E. Morris
7 DuPont Circle, N.W.
Suite 250
Washington, D.C. 20036


/s/ Jill T. O'Shea
Jill T. O'Shea

133626

March 1, 1982

Mr. R. Reis
313 Washington Avenue
Alexandria, Kentucky 41001

Dear Mr. Reis:

Reference is made to our discussion on February 24, 1982 in the presence of Messrs. O. Allen, N. Greco, and R. Heffner concerning your altercation with a co-worker which led to a one day suspension on February 25, 1982. I sincerely hope in the future you will use a certain amount of discretion so that no further disciplinary action is necessary.

Sincerely,

L. C. Steffen
District Supervisor

bcc: A. Ehrnschwender (2)
　　　E. R. Kallendorf
　　　E. Story
　　　M. Gilligan
　　　File