IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | Case No. C-1-01-378 |
| Plaintiffs, | : | Judge Michael H. Watson |
| vs. | : | |
| | : | SUPPLEMENTAL |
| CINERGY CORP. | : | AFFIDAVIT OF KEN |
| | : | TOEBBE |
| Defendant. | : | |

STATE OF OHIO       )
                    )ss.
COUNTY OF HAMILTON  )

Comes now affiant, Ken Toebbe, after being duly cautioned and sworn, states as follows:

1. That I am presently employed by The Cincinnati Gas & Electric Company ("CG&E") as Manager of T&D Projects from 1998 to the present and my job responsibilities include acting as the Hiring Manager responsible for coordinating and scheduling the hiring process for the Lineperson Apprentice Program.

2. That as part of my job responsibilities, I am familiar with employment and personnel records of employees in the Electric T&D C&M department of CG&E.

3. That John Huwell is a retired employee who was employed by CG&E in the Electric T&D C&M department.

4. That Exhibit "A" is a true and accurate copy of a Certification of Oral Warning issued to Richard Cutsinger by John Huwell on or about November 15, 1993.

5. That Exhibit "A" is a true and accurate copy of a business record of CG&E which records information which was made at or near the time by or from a person with knowledge in the course of CG&E's regularly conducted business activity and is a employment or personnel record of Richard Cutsinger, employed by CG&E in the Electric T&D C&M department on or about November 2003.

6. That I have firsthand knowledge of the above.

FURTHER AFFIANT SAYETH NAUGHT.

_10-26-04_             _[signature]_
Dated                       Ken Toebbe

NOTARY OF PUBLIC

Sworn to and subscribed in my presence this 27th day of October, 2004.

_Jill T. O'Shea_
Notary Public

JILL T. O'SHEA, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION
DATE. SECTION 147.03 O.R.C.

Respectfully submitted,


/s/ Jill T. O'Shea
Jill T. O'Shea (0034692)
Attorney for Defendant,
Cinergy Corp.
139 East Fourth Street – 25 AT II
P.O. Box 960
Cincinnati, Ohio 45201-0960
(513) 287-2062


/s/ Gregory V. Mersol
Gregory V. Mersol (0030838)
John B. Lewis (0013156)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740


Attorneys for Defendant
*Cinergy Corp.*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was forwarded via ordinary mail this 28th day of October, 2004 to:

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA, LLP
414 Walnut Street
Suite 911
Cincinnati, OH 45202


David W. Sanford, Esq.
Sanford, Wittels & Heisler, LLP
2120 K Street NW
Suite 700
Washington, D.C. 20037

Barry Vaughn Frederick
Herman Nathaniel Johnson, Jr.
Robert L. Wiggins
Ann K. Wiggins
Susan Donahue
Robert F. Childs
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203

Grant E. Morris
Law Offices of Grant E. Morris
7 DuPont Circle, N.W.
Suite 250
Washington, D.C. 20036


/s/ Jill T. O'Shea
Jill T. O'Shea

## CERTIFICATION OF AN ORAL WARNING

This management file memo is to record that on the date stated below, the said employee was counseled concerning the matter(s) listed in this memo.

It was explained to said employee that this oral warning has been issued in lieu of other disciplinary action, and unless immediate improvement is made in the area(s) mentioned, further disciplinary action will be necessary.

Area(s) necessary for improvement:

During a meeting on November 3, 1993 in the presence of Messer J. Murphy, you were counseled about the threat you made toward another employee that was working with you. (That you were going to punch him in his black face).

This type of threat and comments are not acceptable in our work place. You were cautioned about this type of behavior and also made aware that future problems of this type would result in more serious disciplinary action, including possible dismissal from the company.

EMPLOYEE'S NAME _Richard Cutsinger_   SUPERVISOR _John Hummel_

DATE _11-15-93_   SUPERVISOR _____