IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | Case No.  C-1-01-378 |
| Plaintiffs, | : | Judge Michael H. Watson |
| vs. | : | |
| CINERGY CORP. | : | AFFIDAVIT OF CONNIE TERHEIDEN |
| Defendant. | : | |

STATE OF OHIO            )
                         )ss.
COUNTY OF HAMILTON  )

Comes now affiant, Connie Terheiden, after being first duly cautioned and sworn, deposes and states as follows:

1.  That I am presently employed by Cinergy Services, Inc. in the position of Employee Services Coordinator for the Regulated Business Units including The Cincinnati Gas & Electric Company ("CG&E") and its subsidiaries and my job responsibilities include serving as custodian of records for Human Resources ("HR") records of the Electric Transmission and Distribution ("T&D") Construction and Maintenance ("C&M") department.

2.  That I have reviewed and am familiar with the HR records of Eric Sibcy and he was promoted to Distribution Coordinator in the Electric Distribution Operations department on January 1, 2003.

134333

5.      That I have reviewed and am familiar with the HR records of Donald Kramer and he was promoted to Line Crew Supervisor in the Electric T&D C&M department on August 1, 1993.

6.      That I have firsthand knowledge of the above.

FURTHER AFFIANT SAYETH NAUGHT.

_10-28-2004_
Dated

_Connie Terheiden_
Connie Terheiden

### NOTARY OF PUBLIC

Sworn to and subscribed in my presence this 28th day of October, 2004

_Susan M. Wolfram_
Notary Public
SUSAN M. WOLFRAM
Notary Public, State of Ohio
My Commission Expires Sept. 5, 2005

Respectfully submitted,

/s/ Jill T. O'Shea
Jill T. O'Shea (0034692)
Attorney for Defendant,
Cinergy Corp.
139 East Fourth Street – 25 AT II
P.O. Box 960
Cincinnati, Ohio 45201-0960
(513) 287-2062

134333                               2

/s/ Gregory V. Mersol
Gregory V. Mersol (0030838)
John B. Lewis (0013156)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

*Attorneys for Defendant*
*Cinergy Corp.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was forwarded via ordinary mail this 28th day of October, 2004 to:

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA, LLP
414 Walnut Street
Suite 911
Cincinnati, OH 45202

David W. Sanford, Esq.
Sanford, Wittels & Heisler, LLP
2121 K Street NW
Suite 700
Washington, D.C. 20037

Barry Vaughn Frederick
Herman Nathaniel Johnson, Jr.
Robert L. Wiggins
Ann K. Wiggins
Susan Donahue
Robert F. Childs
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203

134333                                              3

Grant E. Morris
Law Offices of Grant E. Morris
2121 K Street NW
Suite 700
Washington, D.C.  20037

/s/ Jill T. O'Shea
Jill T. O'Shea