UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY BRANTLEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. C-1-01-378 |
| | ) Judge Michael H. Watson |
| CINERGY CORP., | ) |
| Defendant. | ) |

NOTICE OF FILING AFFIDAVIT

The Plaintiffs hereby give notice of the filing of the affidavit of their counsel, Susan Donahue. Plaintiffs' counsel has filed this affidavit to clarify to the Court the circumstances pursuant to which she filed the Plaintiffs' Motion for Leave to File Surreply (Doc. no. 117) docketed on December 14, 2004. Said Motion is not a redundant, immaterial, or scandalous motion in violation of Fed. R. Civ. Pro. 12(f) as the Defendant alleges. Rather, as the attached affidavit reflects, it was filed in this format because this Court's docketing clerk instructed Plaintiffs' counsel to do so.

Respectfully submitted,

*/s/ Susan Donahue*

Robert L. Wiggins, Jr. (*pro hac vice*)
Robert F. Childs, Jr. (*pro hac vice*)
Ann K. Wiggins (*pro hac vice*)
Barry V. Frederick (*pro hac vice*)
Susan Donahue (*pro hac vice*)
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North

Birmingham, AL 35203
Tel. (205) 314-0500
Fax ( 205) 254-1500
bvf@wcqp.com
sgd@wcqp.com

Paul H. Tobias
David D. Kammer
TOBIAS, KRAUS & TORCHIA
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
Tel. (513) 241-8137
Fax (513) 241-7863
tkt@tktlaw.com

David W. Sanford, Esq.
SANFORD, WITTELS & HEISLER, LLP
2120 K Street NW, Suite 700
Washington, DC 20037
Tel. (202) 942-9124
Fax (202) 628-8189
dsanford@davidsanford.com

Grant E. Morris
LAW OFFICES OF GRANT MORRIS
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037
Tel. (202) 331-4707
Fax (202) 628-8189
Grantmorris@grantmorrislaw.com

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to:

Gregory V. Mersol, Esq.
John B. Lewis, Esq.
BAKER & HOSTETLER, LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH 44114-3485
Tel. (216) 621-0200
Fax (216) 696-0740

Jill T. O'Shea, Esq.
Atrium II
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201-0960
Tel (513) 287-2062
Fax (513) 287-3810

                                        _Susan Donahue_
                                        OF COUNSEL