UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 DEC 29 PM 4:43

| | | |
|---|---|---|
| **BILLY BRANTLEY, et al.** | ) | Case No. C-1-01-378 |
| | ) | |
| Plaintiffs, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | **MOTION TO ADMIT** |
| | ) | **ALLISON W. LOWELL, ESQ.** |
| **CINERGY CORP.,** | ) | **PRO HAC VICE** |
| | ) | |
| Defendant. | ) | |

To the Clerk of the Court and all parties of records:

Pursuant to Local Rule 83.5(d), Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the court to admit *pro hac vice* Allison W. Lowell, member of the bar of the State of Alabama, to appear as co-counsel for Plaintiffs in this case. Pursuant to Local Rule 83.5(d), a certificate of good standing for Ms. Lowell from the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Courts, is tendered with this Motion. Also attached is a proposed order.

Respectfully submitted,

*Paul H. Tobias / n.Torchia*
Paul H. Tobias
TOBIAS, KRAUS & TORCHIA
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
Tel. (513) 241-8137
Fax (513) 241-7863
tkt@tktlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served via United States Mail, first class postage prepaid to:

Jill T. O'Shea, Esq.
Atrium II
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201-0960
Tel (513) 287-2062
Fax (513) 287-3810

Gregory V. Mersol, Esq.
John B. Lewis, Esq.
BAKER & HOSTETLER, LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH 44114-3485
Tel. (216) 621-0200
Fax (216) 696-0740

This the 29th day of December, 2004

_____
Paul H. Tobias – 0032415

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that _____Allison W. Lowell_____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____September 30, 2004,_____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____December 20, 2004_____ with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama

STATE OF ALABAMA)
)
JEFFERSON COUNTY )

## AFFIDAVIT OF ALLISON W. LOWELL

Comes now the Affiant, Allison W. Lowell, and after being duly sworn, states the following:

On September 4, 2004, I was married to Craig Lowell, which changed my name from Allison Williams to Allison W. Lowell.

_____
Allison W. Lowell

SWORN TO and SUBSCRIBED TO me this the 17th day of December, 2004

_____
NOTARY PUBLIC

My Commission Expires: 9/22/05

Wed Dec 29 16:34:42 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 425171
Cashier       mc1

Tender Type  CHECK

Check Number: 046015

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DO Code   Div No    Acct
 4661       1       6855XX

Amount             $    50.00

WIGGINS CHILDS QUINN & PANTAZIS

PRO HAC VICE 1:02CV-378


Wed Dec 29 16:34:42 2004

Check No. 046015
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661