IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Billy Brantley, et al.,

    Plaintiffs,

v.

Cinergy Corp.,

    Defendant.

Case No. 1:01cv378

District Judge Michael H. Watson

### ORDER GRANTING MOTION TO ADMIT ALLISON W. LOWELL, ESQ. *PRO HAC VICE*

Before the Court is the December 29, 2004 Motion to Admit Allison W. Lowell, Esq. *Pro Hac Vice* (Doc.120)

Plaintiffs seek, pursuant to Loc. R. 83.4(c), admission *pro hac vice* of Ms. Lowell to assist in the representation of this matter. Ms. Lowell is an active member in good standing before the bar of the Supreme Court of Alabama.

For good cause shown, the December 29, 2004 Motion to Admit Allison W. Lowell, Esq. *Pro Hac Vice* (Doc. 120) is hereby **GRANTED**.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT