# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Billy Brantley, et al.,

    Plaintiffs,

v.

Cinergy Corp,

    Defendant.

Case No. 1:01cv378

Judge Michael H. Watson

## CALENDAR ORDER

This case shall proceed as follows:

1. Proposed jury instructions: **January 12, 2006**

2. Joint final pretrial order[1]: **January 12, 2006**

3. Final pretrial conference: **January 19, 2006, at 10:00 am, Room 740**

4. Jury trial: **February 21, 2006, at 9:30 am, courtroom to be determined**

    **IT IS SO ORDERED.**

May 4, 2005
bac

                              Michael H. Watson, Judge
                              United States District Court

---

[1] You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at: www.ohsd.uscourts.gov