IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY BRANTLEY, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv378 |
| vs. : | |
| : | |
| CINERGY CORP., : | |
| : | |
| Defendant(s) : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Michael H. Watson to the docket of The Honorable Susan J. Dlott.

IT IS SO ORDERED.

    s/Michael H. Watson
Michael H. Watson
United States District Judge


    s/Susan J. Dlott
Susan J. Dlott
United States District Judge