IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Billy Brantley, et al.,

    vs.

Cinergy Corp.

Case Number: 1:01cv378

District Judge Susan J. Dlott

## NOTICE

The Jury Trial previously scheduled for 2/21/06 at 9:30 A.M. is hereby VACATED.

JAMES BONINI, CLERK

___s/William Miller_____
William Miller
Case Manager
(513) 564-7630