IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY BRANTLEY, et al. | : | Case No.    1:01cv378 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Timothy S. Black |
| vs. | : | |
| | : | AGREED ORDER HOLDING |
| CINERGY CORP. | : | IN ABEYANCE HEARING AND |
| | : | RULING ON DEFENDANT, |
| Defendant. | : | CINERGY CORP.'S, MOTION |
| | : | TO COMPEL |

With consent of counsel and the court being in all respects duly and sufficiently advised, IT IS HEREBY ORDERED that the hearing and ruling on Defendant, Cinergy Corp.'s, Motion to Compel (Doc. 40) shall be held in abeyance pending a ruling on Defendant, Cinergy Corp.'s, Motions for Summary Judgment as to the four named Plaintiffs.

    s/ Timothy S. Black
Timothy S. Black, Magistrate Judge
United States District Court

/s/ Jill T. O'Shea
Jill T. O'Shea (0034692)
Attorney for Defendant
Cinergy Corp.
139 East 4th Street, 25 Atrium II
P. O. Box 960
Cincinnati, Ohio 45201-0960
Phone:  (513) 287-2062
Fax:  (513) 287-2996
E-mail:  joshea@cinergy.com

176350

<u>/s/ Gregory v. Mersol (JTO)</u>
Gregory V. Mersol (0030838)
John B. Lewis (0013156)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114-3485
Phone:  (216) 621-0200
Fax:  (216) 696-0740
E-mail:  <u>gmersol@bakerlaw.com</u>


Attorneys for Defendant
Cinergy Corp.



<u>/s/ Robert F. Childs (per telephone authorization 1/9/06</u>
Robert F. Childs
Susan Donahue
Robert L. Wiggins
Ann K. Wiggins
Herman N. Johnson, Jr.
Allison Lowell
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203
Phone:  (205) 314-0575
Fax:  (205) 254-1500
E-mail:  <u>bvg@wcqp.com</u>

<u>/s/ David D. Kemmer (per telephone authorization of RFC on 1/9/06)</u>
Paul  H. Tobias (0032415)
David D. Kammer  (0061808)
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
Phone:  (513) 241-8137
Fax:  (513) 241-7863
E-mail:  <u>davek@tktlaw.com</u>

176350

David W. Sanford
Sanford, Wittels & Heisler, LLP
2121 K Street, N.W.
Suite 700
Washington, DC  20037
Phone:  (202) 942-9124
Fax:  (202) 628-8189
E-mail:  dsanford@davidsanford.com


Grant E. Morris
LAW OFFICES OF GRANT E. MORRIS
2121 K Street, N.W.
Suite 700
Washington, DC  20037
Phone:  (202) 331-4707
Fax:  (202) 628-8189
E-mail:  grantmorris@grantmorrislaw.com

176350