IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BILLY BRANTLEY, et al, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 01cv378-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CINERGY CORPORATION, : | |
| : | |
| Defendant(s). : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.


                                                                                                  s/Susan J. Dlott
                                                                                                  Susan J. Dlott
                                                                                                  United States District Judge