UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY BRANTLEY, et al.,

       Plaintiff(s),

-vs-                                                      1:01-cv-378

CINENERGYCORP,

       Defendant(s).

## NOTICE

The above-captioned case is **REASSIGNED** from the docket of the Honorable Susan J. Dlott to the docket of the **Honorable Michael R. Barrett.**

                                            s/Merceedes Lee
                                            Merceedes Lee
                                            Deputy Clerk