UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BILLY BRANTLEY, et al.** | : | |
| | : | CASE NO. 1:01cv378 |
| **Plaintiffs** | : | |
| | : | Judge Barrett |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| **CINERGY CORPORTATION** | : | **PLAINTIFF'S NOTICE OF** |
| | : | **WITHDRAWAL AND** |
| **Defendant** | : | **SUBSTITUTION OF** |
| | : | **COUNSEL** |

Now come Plaintiffs and give notice that David D. Kammer withdraws his appearance as counsel for Plaintiffs and that Paul H. Tobias of Tobias, Kraus & Torchia, shall be substituted for David D. Kammer and remain in the case as the sole local counsel for Plaintiffs.

Respectfully submitted,

s/ Paul H. Tobias   s/ David D. Kammer
Paul H. Tobias—0032415
David D. Kammer--0061808
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (fax)
tkt@tktlaw.com
**Local Counsel for Plaintiffs**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was file electronically with the Court via the CM/ECF system which will send notification of such filing automatically to:

Gregory V. Mersol, Esq.
Baker & Hostetler
1900 E. 9th St., Suite 3200
Cleveland, OH 44114

Jill T. O'Shea, Esq.
139 E. 4th St.
P.O. Box 960
Cincinnati, OH 45201

Robert F. Childs, Esq.
Susan G. Donahue, Esq.
Barry V. Frederick, Esq.
Herman N. Johnson, Esq.
Wiggins Childs Quin & Pantazis
301 19th St. North
Birmington, AL 35203

David W. Sanford, Esq.
Sanford Wittles & Heisler LLP
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009

Grant E. Morris, Esq.
2121 K Street, NW, Suite 700
Washington, DC 20037

William P. Whalen, Jr.
810 Sycamore
Cincinnati, OH 45202

this 23rd day of July, 2007.

                                                                  s/ Paul H. Tobias
                                                                 **Paul H. Tobias--0032415**