# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Billy Brantley, et al.,

    Plaintiffs,

v.                                         Case No. 1:01cv378

Cinergy Corp,                       Judge Michael R. Barrett

    Defendant.

## NOTICE

Please take notice that the above-captioned case has been set for a status conference by telephone before the Honorable Michael R. Barrett on:

**Tuesday, September 25, 2007, at 3:30 pm**

Parties shall initiate contact with the Court by calling 513-564-7660 five (5) minutes prior to 3:30 pm.

                                                Michael R. Barrett, Judge
                                                United States District Court

                                                *S/Barbara A. Crum*
                                                Courtroom Deputy

cc:   All Counsel
BAC   August 29, 2007