IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
At Cincinnati

| | | |
|---|---|---|
| **BILLY BRANTLEY, et al.** | : | Case No.   C-1-01-378 |
| | : | |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | |
| vs. | : | |
| | : | NOTICE OF APPEARANCE |
| **CINERGY CORP.** | : | OF COUNSEL |
| | : | |
| Defendant. | : | |

The Defendant, Cinergy Corp., gives notice of the appearance of Amy B. Spiller, Duke Energy Shared Services, Inc., 139 East Fourth Street, 25 AT II, Cincinnati, Ohio 45201-0960, as its counsel with respect to the captioned matter.

Respectfully submitted,

/s/ Amy B. Spiller
Amy B. Spiller (0047277)
Duke Energy Shared Services, Inc.
139 East Fourth Street, 25 AT II
Cincinnati, Ohio  45201-0960
(513) 287-2094
(513) 287-3612 (Fax)
Amy.Spiller@duke-energy.com

216632

   /s/ Jill T. O'Shea_____
Jill T. O'Shea (0034692)
Associate General Counsel
Duke Energy Shared Services, Inc.
139 East Fourth Street, 25 AT II
Cincinnati, Ohio  45201-0960
(513) 287-2062
(513) 287-2996 (Fax)
joshea@duke-energy.com


/s/ Gregory V. Mersol_____
Gregory V. Mersol (0030838)
John B. Lewis (0013156)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH  44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
GMersol@bakerlaw.com


Attorneys for Defendant Cinergy Corp.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was filed electronically with the Court via the CM/ECF system which will send notification of such filing automatically to:

Robert F. Childs
Susan Donahue
Robert L. Wiggins
Ann K. Wiggins
Allison Lowell
Herman N. Johnson, Jr.
Wiggins, Childs, Quinn & Pantazis, P.C.
1400 South Trust Tower
420 North 20th Street
Birmingham, AL  35203

Paul H. Tobias
Tobias, Kraus & Torchia, LLP
414 Walnut Street
Suite 911
Cincinnati, OH  45202

David W. Sanford
Sanford, Wittels & Heisler, LLP
2121 K Street, NW
Suite 700
Washington, DC  20037

Grant E. Morris
Law Office of Grant E. Morris
2121 K Street, NW
Suite 700
Washington, DC  20037

                                               /s/ Amy B. Spiller
                                               Amy B. Spiller