IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Billy Brantley, et. al.,                                  Case No. 1:01cv378

        Plaintiffs,                              Judge Michael R. Barrett

   v.

Cinergy Corp.,

        Defendant.

The following two motions are hereby DENIED as MOOT: Doc. 80 Motion for Protective Order and Doc. 81 Motion to Compel. Should such issues still require Court action, the parties are permitted to refile the above motions.

   **IT IS SO ORDERED**.

                                                      s/Michael R. Barrett
                                                      MICHAEL R. BARRETT, Judge
                                                      United States District Court