# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Billy Brantley, et al.,

      Plaintiffs,

      v.                                          Case No. 1:01cv378

Cinergy Corp,                       Judge Michael R. Barrett

      Defendant.

### **NOTICE**

Please take notice that the above-captioned case has been set for a status conference by telephone regarding Plaintiffs' Unopposed Motion to Continue Trial (Doc. 139) before the Honorable Michael R. Barrett on:

### **Friday, March 28, 2008, at 10:30 am**

Parties shall initiate contact with the Court by calling 513-564-7660 five (5) minutes prior to 10:30 am.

                                              Michael R. Barrett, Judge
                                              United States District Court

                                              *S/Barbara A. Crum*
                                              Courtroom Deputy

cc:    All Counsel
BAC    March 25, 2008