OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

Eric Bachman
Gordon Silberman Wiggins & Childs PC - 1
7 Dupont Circle NW
Suite 200
Washington, DC 20036

20036+1104
45202@3978

JA 3694



NIXIE    207   DE   1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 4520239785S9    *1915-19875-25-37

RECEIVED
APR 02 2008
JAMES BONINI, Clerk
CINCINNATI, OHIO