

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

Charles Dixon
Gordon Silberman Wiggins & Childs PC - 1
7 Dupont Circle, NW
Suite 200
Washington, DC 20036

VA 3624

RECEIVED
APR 02 2008
JAMES BONINI, Clerk
CINCINNATI, OHIO

NIXIE        207  DE 1        00  03/29/08
             RETURN TO SENDER
             NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 4520239769             *1915-18595-29-37